FILED

NOV -9 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br>Plaintiff, | CASE NO.<br>HONORABLE: |
| V. | |
| DROPBOX, INC.,<br>Defendant.<br>_____/ | **CV20  7908** |



### COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes, the Plaintiff David Angel Sifuentes III, In Pro Per seeking relief for identity, personal information being stolen from a data breach from Dropbox, Inc. (hereinafter Dropbox), which Sifuentes has standing to bring. *See In re Zappos.com, Inc., 884 F.3d 893 (9th Cir. 2018), Galaria v. Nationwide Mutual Insurance Co. No., 663 F.App'x 384 (6th Cir. 2016),* invasion of privacy by public disclosure of private facts, negligence, intentional infliction of emotional distress, conversion (use of information without permission) bailment, failure to promptly notify of the breach and provide security measures and protection to Sifuentes for the breach, and risk of future injury, and violation of the Fair Credit Reporting Act (hereinafter (FCRA)) and Fair and Accurate Credit Transactions Act of 2003 (FACTA).

Sifuentes ask this Court to liberally construe his pleadings, legal documents, arguments and not fault him for not citing are applying the correct case law, statute and applicable laws under *Haines v. Kerner, 404 U.S. 519 (1972).*Pro se litigants can be excused from full compliance with technical procedural rule, provided there is substantial compliance. *Norefleet v. Walker, 684 F.3d 688 (7th Cir. 2012).* Court and staff have a special responsibility to scrutinize carefully pro se complaints. *Chapman v. Kleindienst, 507 F.2d 1246, 1253 (7th Cir. 1974)* (district court has responsibility for finding hidden jury demands in the middle of complaints). ). A court must accept all allegations of well-plead factual allegations as true, *League Am. Citizens v. Bredesen, 500 F.3d 523, 527 (6th Cir. 2007),* and factual allegations alone is what matters. *Albert v. Carovano, 851 F.2d 561, 571 n.3 (2nd Cir. 1988).*

1

Sifuentes states as follows:

1. On or about October 2020 Sifuentes found that he was a victim of a data breach form Dropbox from credit karma (See Exhibit "A") notifying him that his personal information had been compromised since 2012. Dropbox never informed Sifuentes of this breach. Sifuentes notified Dropbox by email asking about the situation and requesting under the (FCRA) that he receive a full report of what information was taken and was done. Dropbox declined and informed Sifuentes he would need a court order.

2. Sifuentes has suffered invasion of privacy by public disclosure of private facts where his personal information has been stolen and taken without him knowing and without permission.

3. Sifuentes is going through intentional infliction of emotional distress as his personal information has been stolen for nearly two years plenty of time for hackers and cyber criminals to cause harm. In fact, cyber criminals have access to Sifuentes accounts such as Spotify, Netflix which hackers from India and even Canada have access his Spotify account and even his PayPal account, which is a bank account, see example (See Exhibit "B"). Due to the breach, Sifuentes now wastes his time always switching his password making calls to Netflix and wasting time and resources to protect his personal information. This is stressful and Sifuentes is scared as hackers can commit crimes with his personal information and the Spotify account has access to even more personal information of Sifuentes such a his Facebook account, PayPal and credit card information. Sifuentes information is also on the dark web.

4. Bailment, failure to promptly notify of the breach and provide security measures and protection to Sifuentes for the breach.

5. Risk of future and ongoing injury.

6. Violation of the (FCRA) and (FACTA) by not notifying the credit bureaus of the breach also not taking measures to provide Sifuentes with paid services for identity monitoring,

security freezes, compensation for defective customer support and care and the investigation report concerning the breach upon his written request.

7. Dropbox violated of the (FCRA) by not notifying the credit bureaus of the breach also not taking measures to provide Sifuentes with paid services for identity monitoring, security freezes, compensation for defective customer support and care and the investigation report concerning the breach upon his written request.

8. Sifuentes is seeking $550,000.00 for actual damages for injuries caused by intentional infliction of emotional distress such as being very mad, and sacred, worried, nervous and has trouble sleeping and scared of what else hackers whole stole his information will do as they keep accessing his accounts and his information is in the dark web.

9. Sifuentes seeks $50,000,000.00 in exemplary, compensatory and punitive damages injunctive and declaratory relief as this is calculated from the fines and penalties associated from companies concealing data breaches from victims such as the Equifax data breach which settled for $575,000,000 for failing to take action with data breach protocols.

10. Sifuentes demands a jury trial and if one is held, it will be held in the Western District of Michigan in Grand Rapids, Michigan, as this is the Federal District where Sifuentes resides or accommodations may be provided for a jury trial in California.

## **RELIEF REQUESTED**

**WHEREFORE**, Sifuentes **PRAYS** that this Honorable court grant relief as follows:

Award Sifuentes $550,000.00 in actual damages for intentional infliction of ongoing emotional distress for being and $50,000,000.00 in exemplary, compensatory and punitive damages injunctive and declaratory relief, or in the alternative Award $500,000.00 in actual damages and that Dropbox provide Sifuentes with unlimited lifetime Dropbox storage and 5 years of LifeLock to help clean and restore Sifuentes identity.

Respectfully submitted,

By: _____
Plaintiff In Pro Per
David Angel Sifuentes III
224 Gold Ave. N.W.
Grand Rapids, MI 49504
(616)283-5215
davidsifuentes61@yahoo.com

DATED: November 5, 2020