UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV -9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAVID ANGEL SIFUENTES III,
    Plaintiff,

V.

DROPBOX, INC.,
    Defendant.
_____/

CASE NO.
HONORABLE:

SK
CV20 7908

## PLAINTIFFS DECLARATION IN SUPPORT OF COMPLAINT AND MEMORANDUM OF LAW

I, David Angel Sifuentes III, pursuant to 28 U.S.C. § 1746, hereby certify to the best of my knowledge, information, and belief that this compliant:

1. The facts and law in the complaint and memorandum of law answer is not being presented for and improper purpose and is presented in the best in my ability and knowledge.

2. Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law.

3. The factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

4. Due to the Defendants action, it has caused me injury in the form of intentional infliction of emotional distress, invasion of privacy, of private and personal facts, being mad, lack of sleep, worrying, and being scared.

5. The answer and memorandum of law otherwise complies with the requirements of Federal Rule Civil Procedure 11.

6. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 5th day of November 2020.

_____
David Angel Sifuentes III

# EXHIBIT A


ck
Overview


Recommendations


Cards


Loans

 Back

# Dropbox breach
June 2012

In 2012, some Dropbox user email addresses and passwords were breached. In 2016, Dropbox announced that the breach affected more than 68 million accounts. Even if you don't use your Dropbox account anymore, it's important to take steps to protect the info that was exposed.

## Exposed Info

Password
Your password was exposed in this breach, but we don't know what it is.

Email address
davidsifuentes61@yahoo.com

## Here's what you can do

### 1. Stop using that password

Hackers might use the password from this breach to try to gain access to other accounts, so it's important to change it anywhere it's used.

If you don't know what the password is or where else you use it, start by making sure you have different passwords for any accounts with sensitive info — like your banking app, health insurance site, tax software, email account, etc.

### 2. Lock or freeze your credit reports

If someone has enough of your info, they might try to apply for new credit cards or loans in your name. Placing a lock or freeze on your credit reports could prevent that from happening. It's the strongest step you can take toward preventing ID theft.

[ Protect your credit ]

 Overview
 Recommendations
 Cards
 Loans

### 3. Review your credit report

Check for strange accounts or inquiries on your credit report. Unfamiliar activity could be a red flag for identity theft.

Check your report now

 

## COMPANY INFO

About Credit Karma

Careers

Engineering Blog

Help Center

In The News

Security Practices

Privacy Policy

Terms of Service

## POPULAR OFFERS

Best Credit Cards

Credit Cards for Bad Credit

Credit Cards for Good Credit

Balance Transfer Credit Cards

Low Interest Credit Cards

Rewards Credit Cards

Cash Back Credit Cards

Secured Credit Cards

Personal Loans

Auto Insurance


Overview


Recommendations


Cards


Loans

Credit Card Reviews

Financial Calculators

Credit Karma Blog

**NOTABLE LINKS**

What is a Good Credit Score?

Quick Tips for Your Credit Health

Free Credit Report

Free Credit Monitoring

Free Credit Score

Credit Scores



© 2007-2020 Credit Karma, Inc. Credit Karma® is a registered trademark of Credit Karma, Inc. All Rights Reserved. Product name, logo, brands, and other trademarks featured or referred to within Credit Karma are the property of their respective trademark holders. This site may be compensated through third party advertisers.

Credit Karma Mortgage, Inc. NMLS ID# 1588622 | Licenses | NMLS Consumer Access
Credit Karma Offers, Inc. NMLS ID# 1628077 | Licenses | NMLS Consumer Access
California loans arranged pursuant to Dep't of Business Oversight Finance Lenders License #60DBO-78868.
Auto, homeowners, and renters insurance services offered through Credit Karma Insurance Services, LLC (dba Karma Insurance Services, LLC; CA resident license #0172748).

Only mortgage activity by Credit Karma Mortgage, Inc., dba Credit Karma is licensed by the State of New York. Credit Karma, Inc. and Credit Karma Offers, Inc. are not registered by the NYS Department of Financial Services.

iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.

Android is a trademark of Google Inc.

The Equifax logo is a registered trademark owned by Equifax in the United States and other countries.

Credit Karma is committed to ensuring digital accessibility for people with disabilities. We are continually improving the user experience for everyone, and applying the relevant accessibility guidelines.

**EXHIBIT B**

## Your Account information has been changed. [ Billing or Shipping Address ] As our security precautions, we need more informations from you (Code: LKZFR-LKZFRV-LKZFRVNKX-LKZFRVN)

From:    Admin PayPal (ahkamus-uranus-tampilan-lkzfrvnkxkszfz2df94q-uranus@beefparticular.com)
To:    davidsifuentes61@yahoo.com
Date:    Monday, April 20, 2020, 07:22 PM EDT

Dear Client, 

**Suspicious Activity on Your Account**

Your Account information has been changed. [ Billing or Shipping Address ] As our security precautions, we need more informations from you. Your account will be limited until you provide some additional information.
Please login into your Account and review your activity by clicking link below:
https://paypal.com/login?

Your action is required to help us to protect you PayPal account securely.

PayPal.com

## Your account has been suspended (Ref - 87208263610)

From: service@paypal.com (b8el2sj652sz1wd-egtibabdoa6gtgmh@d0s1nv3t-02655930.suhgw782gyuagdyuw)
To: davidsifuentes61@yahoo.com
Date: Thursday, September 3, 2020, 09:28 PM EDT



Dear Customer,

Your PayPal account has been temporarily restricted. We have found suspicious activity on credit cards linked to your PayPal account. You must confirm your identity to confirm that you own the credit card.

To maintain account security, please provide documents that confirm your identity.

Log in to PayPal

After you complete the requested task, we will review the account and contact you about its status within 5 working days.

Thank you for your attention to this problem.

# EXHIBIT C

# FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
124434724

*I am a victim of Identity theft. This is my official statement about the crime.*

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| David | Angel | Sifuentes |
| **Address:** | **Phone:** | **Email:** |
| 224 Gold Ave NW Grand Rapids, Michigan 49504 USA | 616-283-5215 | davidsifuentes61@yahoo.com |

## Personal Statement

I am reporting this information for my protection. I just found out that my personal information by way of email davidsifuentes61@yahoo.com was exposed from a data breach that occurred around June 2012. The company has never reported the data breach to me are informed me. I found out the information by way of Firefox web browser and Credit Karma this year 2020 by way of their data breach info. This report is for my personal protection for any misuse are future misuse of my personal information may occur. My personal information including the email davidsifuentes61@yahoo.com and password was exposed and has been on the Dark Web and I am worried and scared. As mentioned the information I have provided in this report is just for my protection as accurate and true to the best of belief and knowledge.

## Accounts Affected by the Crime

| Fraudulent Email or Social Media Account | |
|---|---|
| **Company or Organization:** davidsifuentes61@yahoo.com | |
| **Date fraud began:** | **Date that I discovered it:** |
| 6 / 2012 | 9 / 2020 |

## Fraudulent Arrests, Warrants, or Lawsuits

| Jurisdiction | No charges discovered at this time. |
|---|---|
| Date that I discovered it | 9 / 2020 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | No, not at this time |
|---|---|

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge. I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**David A Sifuentes**
David A Sifuentes

**10/18/2020**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| David | Angel | Sifuentes |
| **Address:** | **Phone:** | **Email:** |
| 224 Gold Ave NW<br>Grand Rapids, Michigan 49504<br>USA | 616-283-5215 | davidsifuentes61@yahoo.com |

## Personal Statement

I am reporting this information for my protection. The company is Dropbox, Inc. I just file a report on October 18, 2020, and did not mention the company name in the report so this is just additional info with the company name. I just found out that my personal information by way of email davidsifuentes61@yahoo.com was exposed from a data breach that occurred around June 2012. The company has never reported the data breach to me are informed me. I found out the information by way of Firefox web browser and Credit Karma this year 2020 by way of their data breach info. This report is for my personal protection for any misuse are future misuse of my personal information may occur. My personal information including the email davidsifuentes61@yahoo.com and password was exposed and has been on the Dark Web and I am worried and scared. As mentioned the information I have provided in this report is just for my protection as accurate and true to the best of belief and knowledge.

## Accounts Affected by the Crime

| Fraudulent Email or Social Media Account | |
|---|---|
| **Company or Organization:** | davidsifuentes61@yahoo.com |
| **Date fraud began:** | **Date that I discovered it:** |
| 6 / 2012 | 9 / 2020 |

## Fraudulent Arrests, Warrants, or Lawsuits

| Jurisdiction | No charges discovered at this time. |
|---|---|
| Date that I discovered it | 9 / 2020 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | No, not at this time |
|---|---|

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**David A Sifuentes**          **10/18/2020**
David A Sifuentes                Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.