Michele Floyd (SBN 163031)
mfloyd@srclaw.com
Adrianna A. Rubino (SBN 300951)
arubino@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

Attorneys for Defendant Dropbox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>　　　　Defendant. | CASE NO.  3:20-cv-07908-HSG<br><br>**DEFENDANT DROPBOX, INC.'S RULE 26(F) REPORT & [PROPOSED] ORDER**<br><br>Judge Haywood S. Gilliam, Jr. |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (the "Rules"), Defendant Dropbox, Inc. ("Dropbox") submits the following Rule 26(f) Report ("Report").  On September 3, 2021, Dropbox and Plaintiff David Angel Sifuentes III ("Plaintiff") met and conferred via telephone conference in anticipation of the September 21, 2021 Initial Case Management Conference as required by Rule 26(f).

Plaintiff's claims are subject to a mandatory contractual arbitration provision.  Dropbox will be filing its Motion to Compel Arbitration prior to the September 21, 2021 Initial Case Management Conference.  Dropbox submits this Rule 26(f) Report at this time for purposes of complying with Federal Rule of Civil Procedure 26 and related local rules, but requests that the Court continue the Initial Case Management Conference and all related dates until after Dropbox's Motion to Compel Arbitration is resolved.

**I.      Jurisdiction & Service**

Because Plaintiff's claims are subject to a contractual mandatory arbitration provision, Plaintiff has filed his complaint in the wrong forum and this Court lacks jurisdiction.  Dropbox has informed Plaintiff of its intent to file the Motion to Compel Arbitration.  Plaintiff declined to stipulate to arbitration and represents that he will oppose the Motion to Compel Arbitration.

**II.     Facts**

Plaintiff alleges that his Dropbox account was involved in a 2012 data breach that Dropbox failed to provide notice thereof and that as a result, he has been harmed.  Dropbox denies Plaintiff's allegations and denies that Plaintiff is entitled to any relief against it.

**III.    Legal Issues**

Whether the Court should issue an order compelling Plaintiff to arbitrate his claims pursuant to Dropbox's Terms of Service and stay the litigation pursuant to Section 3 of the Federal Arbitration Act.

**IV.    Motions**

Dropbox will be filing its forthcoming Motion to Compel Arbitration prior to the September 21, 2021 Initial Case Management Conference.

///

**V.      Amendment of Pleadings**

Not applicable.

**VI.     Evidence Preservation**

Plaintiff's claims involve a data breach that occurred in 2012. Dropbox has undertaken efforts to identify and preserve evidence that still existed at the time the complaint was filed. Dropbox will amend this report to address evidence preservation should this matter proceed in this forum.

**VII.    Disclosures**

Dropbox requests that given Dropbox's forthcoming Motion to Compel Arbitration, the Court continue the September 21, 2021 Initial Case Management Conference and related dates until after Dropbox's Motion to Compel Arbitration is resolved. Should this case proceed in this forum, Dropbox will amend this section of the Report.

**VIII.   Discovery**

Dropbox requests that given Dropbox's forthcoming Motion to Compel Arbitration, the Court continue the September 21, 2021 Initial Case Management Conference until after Dropbox's Motion to Compel Arbitration is resolved. Should this case proceed in this forum, Dropbox will amend this section of the Report to outline a discovery plan.

**IX.     Class Actions**

Not applicable.

**X.      Related Cases**

None.

**XI.     Relief**

Dropbox seeks no affirmative relief.

**XII.    Settlement and ADR**

The parties have engaged in preliminary settlement discussions. Regarding ADR, Plaintiff's claims are subject to mandatory contractual arbitration and Dropbox will move to compel arbitration.

///

**XIII.   Consent to Magistrate Judge For All Purposes**

Dropbox declined to have this case proceed before a magistrate judge.  *See* Dkt. 32.

**XIV.   Other References**

None.

**XV.   Narrowing of Issues**

Dropbox requests that given Dropbox's forthcoming Motion to Compel Arbitration, the Court continue the September 21, 2021 Initial Case Management Conference until after Dropbox's Motion to Compel Arbitration is resolved.  Should this case proceed in this forum, Dropbox will submit a written report discussing whether any issues can be narrowed by stipulation.

**XVI.   Expedited Trial Procedure**

Dropbox requests that given Dropbox's forthcoming Motion to Compel Arbitration, the Court continue the September 21, 2021 Initial Case Management Conference until after Dropbox's Motion to Compel Arbitration is resolved.  Should this case proceed in this forum, Dropbox will submit a written report specifying whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order 64, Attachment A.

**XVII.   Scheduling**

Dropbox requests that given Dropbox's forthcoming Motion to Compel Arbitration, the Court continue the September 21, 2021 Initial Case Management Conference until after Dropbox's Motion to Compel Arbitration is resolved.  Should this case proceed in this forum, Dropbox will submit proposed dates for completion of expert witness designations, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

**XVIII. Trial**

Dropbox requests that given Dropbox's forthcoming Motion to Compel Arbitration, the Court continue the September 21, 2021 Initial Case Management Conference until after Dropbox's Motion to Compel Arbitration is resolved.  Should this case proceed in this forum, Dropbox will amend this Report to include the expected length of the trial.

///

**XIX. Disclosure of Non-party Interested Entities or Persons**

On August 6, 2021, Dropbox filed a Certificate of Interested Entities. *See* Dkt. 27.

**XX. Professional Conduct**

The attorneys of record for Dropbox have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**XXI. Other**

Dropbox will be filing its Motion to Compel Arbitration prior to the September 21, 2021 Initial Case Management Conference. Dropbox requests that the Court continue the September 21, 2021 Initial Case Management Conference until after Dropbox's forthcoming Motion to Compel Arbitration is resolved.

Dated: September 14, 2021                     SACKS, RICKETTS & CASE LLP

By: */s/ Adrianna A. Rubino*
MICHELE FLOYD
ADRIANNA A. RUBINO
Attorneys for Defendant
DROPBOX, INC.

-6-

1  **IT IS ORDERED THAT** the Initial Case Management Conference in this matter is
2  continued until _____.
3  **IT IS SO ORDERED.**

5  Dated: _____         _____
6                                        Judge Haywood S. Gilliam, Jr.
                                         U.S. District Court, Northern District of California