Michele Floyd (SBN 163031)
mfloyd@srclaw.com
Adrianna A. Rubino (SBN 300951)
arubino@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

Attorneys for Defendant Dropbox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br><br>     Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>     Defendant. | CASE NO.  3:20-cv-07908-SK<br><br>**DECLARATION OF WENDY WEBER IN SUPPORT OF DEFENDANT DROPBOX, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:   January 20, 2022<br>Time:   2:00 p.m.<br>Dept.:   Courtroom 2 – 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

-1-

DECLARATION OF WENDY WEBER IN SUPPORT OF DEFENDANT DROPBOX, INC.'S MOTION TO
COMPEL ARBITRATION; CASE NO. 3:20-cv-07908

I, Wendy Weber, hereby declare as follows:

1.     I am over the age of 18 and am not a party to this litigation.  I am currently employed by Defendant Dropbox, Inc. ("Dropbox") as a Senior Paralegal – Employment, Litigation, and eDiscovery, and I maintain an office in San Francisco, California.  As a Senior Paralegal – Employment, Litigation, and eDiscovery, I work with, and am familiar with, the platform and website pages maintained by Dropbox including, but not limited to, the pages that display Dropbox's account sign-up screens and the subsequent events that require user assent or consent on both computer and mobile devices.  I am also familiar with the manner in which Dropbox maintains its records of user assent and account creation in the ordinary course of its business.  I have personal knowledge of the facts set forth below except those facts set forth upon information and belief.  As to those facts, I believe them to be true.  If called as a witness, I could and would testify competently to the facts herein.  I am authorized to provide this Declaration on Dropbox's behalf, and I submit this Declaration in support of Dropbox's Motion to Compel Arbitration.

2.     I have read the operative Amended Complaint (the "Complaint") filed in this action and am generally familiar with the allegations made therein.

**Dropbox's Platform, Terms of Service, and User Policies**

3.     Dropbox provides an intuitive, unified platform to keep users' content safe and accessible while helping users and those they work with stay coordinated and in sync.  The global platform is accessible online at http://www.dropbox.com and via mobile applications, and has users in all fifty states and internationally.  Users can access the Dropbox platform through the internet from anywhere in the United States and abroad.  As Dropbox's Terms of Service ("TOS") explain, to use the Dropbox service, users provide Dropbox with content such as files and folders (users' "stuff").  Dropbox does not have any rights to users' stuff except for the limited rights that enable it to offer its services.  Dropbox's services include (with permission from the user) hosting users' stuff, backing it up, sharing it when asked, and features like commenting, sharing, searching, image thumbnails, document previews, optical character recognition (OCR), easy sorting and organization, and personalization to help reduce busywork.

4.      I am familiar with the user interface presentation and the behavior of the Dropbox platform.  I have reviewed Dropbox's business records pertaining to Plaintiff David Angel Sifuentes III ("Plaintiff")'s account and the email address Plaintiff provided in the Complaint, davidsifuentes61@yahoo.com, which I understand to be the account at issue in this lawsuit.  I have confirmed that Plaintiff assented to multiple versions of Dropbox's TOS.

5.      At all times relevant to this litigation, Dropbox users, including Plaintiff, were required to agree to the then-current TOS before they could create a Dropbox account or use Dropbox services.

6.      Prospective users who sought use of the Dropbox platform were first required to proceed through Dropbox's account creation process.  In December 2011 (the time that Plaintiff created a Dropbox account), when a user signed up for a Dropbox account, that user was required to affirmatively check a box stating "I agree to Dropbox Terms of Service" to affirmatively indicate their agreement to the Dropbox TOS and further press a button stating "Create account." The TOS were visibly hyperlinked and set off by blue font color.  When the hyperlink was clicked, the prospective user was taken to the July 6, 2011 TOS then in effect.  The user was given an opportunity to review the terms before agreeing to create an account.  A true and correct exemplar of the sign-up screen presented to prospective users at the time Plaintiff signed up for his Dropbox account in December 2011 is attached hereto as **Exhibit A**.  Thus, prospective users were notified about the TOS, had the opportunity to review the TOS, and indicated their agreement to be bound by the TOS for as long as they continued using Dropbox's platform, website, and services in the process of signing up for a Dropbox account.  If the prospective user did not click the checkbox and the sign-up button, then the registration process ended and the prospective user could not use Dropbox's platform.

7.      Dropbox updates its TOS from time to time and the most current version is always posted on the Dropbox website.  When the TOS is updated, existing account holders agree to the updated version by continuing to use Dropbox's services.  Dropbox notifies existing account holders regarding updates to the TOS by email when a modification or revision to the TOS is material.  A true and correct exemplar of the type of email notice that was sent to existing account

-3-

holders in connection with the March 24, 2014 TOS update is attached hereto as **Exhibit B**.  The email header in **Exhibit B** states "Updates to the Dropbox Terms of Service and Privacy Policy."  The email notice further summarizes the material revisions to the TOS.  For instance, **Exhibit B**—which was sent out to existing account holders to inform them regarding the March 24, 2014 update to the TOS—references the addition of the agreement to arbitrate specifically, in a separate bullet point.  The summary explains that arbitration is a quick and efficient way to resolve disputes, that users could opt out of arbitration via an online form within 30-days of March 24, 2014, and that the opt out form and other details were available on Dropbox's blog.

8.      Dropbox's current TOS (effective July 6, 2021) is accessible from Dropbox's homepage, http://dropbox.com and directly at https://www.dropbox.com/terms.  It is publicly available—no Dropbox account is required to access it.  A true and correct copy of the July 6, 2021 (current TOS) is attached hereto as **Exhibit C**.

**Information Regarding Plaintiff**

9.       As noted previously, Dropbox maintains user account information in various computer databases.  These databases store and access transactional, customer, and other related data.  I am familiar with the manner in which Dropbox records and maintains user account records in these databases and I have confirmed the records pertaining to the account of Plaintiff.

10.      Dropbox's records show that Plaintiff signed up on Dropbox's platform on December 15, 2011 and initially agreed to the July 6, 2011 TOS in effect at that time.  A true and correct copy of a screenshot from Dropbox's computer database confirming the date on which Plaintiff created his Dropbox account is attached hereto as **Exhibit D** and a true and correct copy of the July 6, 2011 TOS that Plaintiff agreed to at the time of signing up for his Dropbox account is attached hereto as **Exhibit E**.  As previously noted, Dropbox updates its TOS from time to time.[1]  When the TOS is updated, existing account holders agree to the updated version by continuing to use Dropbox's services.  Dropbox's business records confirm that Plaintiff did not close his Dropbox account at any time such that Plaintiff has agreed to all subsequent versions of

---

[1] The July 6, 2011 TOS that Plaintiff initially agreed to, and every subsequent version of the TOS, included a provision allowing for the subsequent modification of the TOS.

1   the TOS following the July 6, 2011 version.  Dropbox's business records also confirm that

2   following the March 24, 2014 TOS update and notification email (*see* **Exhibit B**), Plaintiff did

3   not submit an opt out form within 30 days of March 24, 2014 and thus did not opt out of

4   Dropbox's agreement to arbitrate.

5          11.     A true and correct copy of the March 26, 2012 TOS that Plaintiff agreed to by

6   continuing to use Dropbox services is attached hereto as **Exhibit F**.

7          12.     A true and correct copy of the March 24, 2014 TOS that Plaintiff agreed to by

8   continuing to use Dropbox services is attached hereto as **Exhibit G**.

9          13.     A true and correct copy of the January 22, 2015 TOS that Plaintiff agreed to by

10  continuing to use Dropbox services is attached hereto as **Exhibit H**.

11         14.     A true and correct copy of the May 1, 2015 TOS that Plaintiff agreed to by

12  continuing to use Dropbox services is attached hereto as **Exhibit I**.

13         15.     A true and correct copy of the October 13, 2015 TOS that Plaintiff agreed to by

14  continuing to use Dropbox services is attached hereto as **Exhibit J**.

15         16.     A true and correct copy of the November 4, 2015 TOS that Plaintiff agreed to by

16  continuing to use Dropbox services is attached hereto as **Exhibit K**.

17         17.     A true and correct copy of the September 14, 2016 TOS that Plaintiff agreed to by

18  continuing to use Dropbox services is attached hereto as **Exhibit L**.

19         18.     A true and correct copy of the February 10, 2017 TOS that Plaintiff agreed to by

20  continuing to use Dropbox services is attached hereto as **Exhibit M**.

21         19.     A true and correct copy of the May 25, 2018 TOS that Plaintiff agreed to by

22  continuing to use Dropbox services is attached hereto as **Exhibit N**.

23         20.     A true and correct copy of the April 16, 2019 TOS that Plaintiff agreed to by

24  continuing to use Dropbox services is attached hereto as **Exhibit O**.

25         21.     A true and correct copy of the September 24, 2019 TOS that Plaintiff agreed to by

26  continuing to use Dropbox services, and which was the TOS in effect at the time that Plaintiff

27  initiated this suit, is attached hereto as **Exhibit P**.

28  ///

1        I declare under penalty of perjury under the laws of the State of California that the

2 foregoing is true and correct.  Executed this 20th day of September, 2021, at San Francisco,

3 California, United States of America.

4

5                                 *Wendy Weber*

                                 WENDY WEBER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF WENDY WEBER IN SUPPORT OF DEFENDANT DROPBOX, INC.'S MOTION TO
COMPEL ARBITRATION; CASE NO. 3:20-cv-07908

# EXHIBIT A

# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20111006223244/https://www.dropbox.com/register



Dropbox - Log in - Simplify your life

Back to home

| Log in | Create an Account |
| --- | --- |

### Create a Dropbox Account

First name

Last name

Email

Password

☐ I agree to Dropbox Terms of Service

Create account

New to Dropbox? Check out our tour.

**Dropbox**
Home
Install
Mobile
Pricing
For Business
Features
Tour

**About Us**
Dropbox Blog
Our Team
Press
Terms
Privacy
Jobs

**Support**
Help Center
Forums
Votebox
Feedback
Contact Us
Copyright

**Community**
Referrals
Twitter
Facebook
Developers
Partners

English                    © 2011 Dropbox

# **EXHIBIT B**

# **EXHIBIT B**



**Redacted**

---

## Fwd: Updates to the Dropbox Terms of Service and Privacy Policy

# Redacted

Sun, Feb 23, 2014 at 8:23 PM

---------- Forwarded message ----------
From: "Dropbox" <no-reply@dropboxmail.com>
Date: Feb 23, 2014 8:15 PM
Subject: Updates to the Dropbox Terms of Service and Privacy Policy
To: **Redacted**
Cc:



Hi **Redacted**,

We want to let you know about some upcoming updates to our Terms of Service and Privacy Policy. These updates will go into effect on March 24, 2014.

You can find more details on our blog, but here's a quick overview:

- We're adding an arbitration section to our updated Terms of Service. Arbitration is a quick and efficient way to resolve disputes, and it provides an alternative to things like state or federal courts where the process could take months or even years. If you don't want to agree to arbitration, you can easily opt out via an online form, within 30–days of these Terms becoming effective. This form, and other details, are available on our blog.
- We've added a section to our Privacy Policy that discusses our recently launched Government Data Request Principles. We've also made clarifications to better explain how our services will use your

**Redacted**

information. For example, we explain that when you give us access to your contacts, we'll store them so that you – and only you – can do things like share your stuff easily, no matter what device you're using.

- We've also updated our Terms of Service and Privacy Policy to better explain and reflect our growing list of features for Dropbox for Business customers.

While we've simplified much of the language, our commitment to keeping your stuff safe and secure hasn't changed. We don't sell your personal information to third parties. We don't serve ads based on the stuff you store in our services. As always, your stuff is yours.

If you have any questions about these updates, you can read more on our blog or email us at tos–questions@dropbox.com.

Thanks for using Dropbox!

– The Dropbox Team

© 2014 Dropbox

# EXHIBIT C

# EXHIBIT C



| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy |

**Dropbox Terms of Service**

Posted: July 6, 2021

Effective: July 6, 2021

You can see your previous Terms here.

Thanks for using Dropbox! Our mission is to create a more enlightened way of working by providing an intuitive, unified platform to keep your content safe and accessible while helping you and those you work with stay coordinated and in sync. These terms of service ("**Terms**") cover your use and access to our services, client software and websites ("**Services**"). If you reside outside of the United States of America, Canada and Mexico ("**North America**") your agreement is with Dropbox International Unlimited Company. If you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, our Privacy Policy, and Acceptable Use Policy.

**Your Stuff & Your Permissions**

When you use our Services, you provide us with things like your files, content, messages, contacts, and so on ("**Your Stuff**"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like commenting, sharing, searching, image thumbnails, document previews, optical character recognition (OCR), easy sorting and organization, and personalization to help reduce busywork. To provide these and other features, Dropbox accesses, stores, and scans Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Your Responsibilities**

Your use of our Services must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download, or share content unless you have the right to do so.

Dropbox may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. We aren't responsible for the content people post and share via the Services.

1

Help us keep Your Stuff protected. Safeguard your password to the Services, and keep your account information current. Don't share your account credentials or give others access to your account.

You may use our Services only as permitted by applicable law, including export control laws and regulations. Finally, to use our Services, you must be at least 13 (or older, depending on where you live).

**Software**

Some of our Services allow you to download client software ("**Software**") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Beta Services**

We sometimes release products and features that we're still testing and evaluating ("Beta Services"). Beta Services are labeled "alpha," "beta," "preview," "early access," or "evaluation" (or with words or phrases with similar meanings) and may not be as reliable as Dropbox"s other services. Beta Services are made available so that we can collect user feedback, and by using our Beta Services, you agree that we may contact you to collect such feedback.

Beta Services are confidential until official launch. If you use any Beta Services, you agree not to disclose any information about those Services to anyone else without our permission.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title, or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
1800 Owens St
San Francisco, CA 94158
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. If you're on an annual plan, we'll send you a notice email reminding you that your plan is about to renew within a reasonable period of time prior to the renewal date. You're responsible for all applicable taxes, and we'll charge tax when required to do so. Some countries have mandatory local laws regarding your cancellation rights, and this paragraph doesn't override these laws.

*Cancellation.* You may cancel your Dropbox Paid Account at any time. Refunds are only issued if required by law. For example, users living in the European Union have the right to cancel their Paid Account subscriptions within 14 days of signing up for, upgrading to, or renewing a Paid Account by clicking here.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or remove Paid Account features.

*Changes.* We may change the fees in effect on renewal of your subscription, to reflect factors such as changes to our product offerings, changes to our business, or changes in economic conditions. We'll give you no less than 30 days' advance notice of these changes via a message to the email address associated with your account and you'll have the opportunity to cancel your subscription before the new fee comes into effect.

**Dropbox Business Teams**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your organization, your organization may be able to block your use of Dropbox until you transition to an account on a Dropbox Business or Education team (collectively, "Dropbox Business Team") or you associate your Dropbox account with a personal email address.

*Using Dropbox Business Teams.* If you join a Dropbox Business Team, you must use it in compliance with your organization's terms and policies. Please note that Dropbox Business Team accounts are subject to your organization's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox Business Team account. They may also be able to restrict or terminate your access to a Dropbox Business Team account. If you convert an existing Dropbox account into part of a Dropbox Business Team, your administrators may prevent you from later disassociating your account from the Dropbox Business Team.

**Termination**

You're free to stop using our Services at any time. We reserve the right to suspend or terminate your access to the Services with notice to you if:

> (a) you're in breach of these Terms,

> (b) your use of the Services would cause a real risk of harm or loss to us or other users, or

> (c) you don't have a Paid Account and haven't accessed our Services for 12 consecutive months.

We'll provide you with reasonable advance notice via the email address associated with your account to remedy the activity that prompted us to contact you and give you the opportunity to export Your Stuff from our Services. If after such notice you fail to take the steps we ask of you, we'll terminate or suspend your access to the Services.

We won't provide notice before termination where:

> (a) you're in material breach of these Terms,

> (b) doing so would cause us legal liability or compromise our ability to provide the Services to our other users, or

> (c) we're prohibited from doing so by law.

**Discontinuation of Services**

We may decide to discontinue the Services in response to exceptional unforeseen circumstances, events beyond Dropbox's control (for example a natural disaster, fire, or explosion), or to comply with a legal requirement. If we do so, we'll give you reasonable prior notice so that you can export Your Stuff from our systems (we will give you no less than 30 days' notice where possible under the circumstances). If we discontinue the Services in this way before the end of any fixed or minimum term you have paid us for, we'll refund the portion of the fees you have pre-paid but haven't received Services for.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you. For example, these disclaimers do not override the legal protections, including statutory warranties, granted to consumers by EU law.

**Limitation of Liability**

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO—THIS INCLUDES ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD OR FRAUDULENT MISREPRESENTATION IN PROVIDING THE SERVICES. IN COUNTRIES WHERE THE FOLLOWING TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT. IF YOU ARE AN EU OR UK CONSUMER, THESE TERMS DO NOT EXCLUDE DROPBOX'S LIABILITY FOR LOSSES AND DAMAGES THAT ARE A RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL IN PROVIDING THE SERVICES OR OF OUR BREACH OF OUR CONTRACT WITH YOU, AS LONG AS THOSE LOSSES AND DAMAGES ARE REASONABLY FORESEEABLE.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WON'T BE LIABLE FOR:

i. ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR

ii. ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THESE EXCLUSIONS OR LIMITATIONS WILL APPLY REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES.

IF YOU USE THE SERVICES FOR ANY COMMERCIAL, BUSINESS, OR RE-SALE PURPOSE, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WILL HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY. DROPBOX AND ITS AFFILIATES AREN'T RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF THE SERVICES.

OTHER THAN FOR THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), WE LIMIT OUR LIABILITY TO YOU TO THE GREATER OF $20 USD OR 100% OF ANY AMOUNT YOU'VE PAID UNDER YOUR CURRENT SERVICE PLAN WITH DROPBOX. THIS PROVISION DOES NOT APPLY TO EU CONSUMERS WHERE PROHIBITED BY APPLICABLE LAW.

**Resolving Disputes**

*Let's Try to Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding. If you reside in the EU, the European Commission provides for an online dispute resolution platform, which you can access here: https://ec.europa.eu/consumers/odr.

*Judicial Forum for Disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts. If you reside in a country (for example, a member state of the European Union) with laws that give consumers the right to bring disputes in their local courts, this paragraph doesn't affect those requirements.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

*We Both Agree to Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration by a single arbitrator, except as set forth under Exceptions to Agreement to Arbitrate below. This includes disputes arising out of or relating to interpretation or application of this "Mandatory Arbitration Provisions" section, including its enforceability, revocability, or validity.

*Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first registering your account. However, if you agreed to a previous version of these Terms that allowed you to opt out of arbitration, your previous choice to opt out or not opt out remains binding.

*Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for individual arbitration for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

***NO CLASS ACTIONS***. You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed. If this specific paragraph is held unenforceable, then the entirety of this "Mandatory Arbitration Provisions" section will be deemed void.

## Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles. However, some countries (including those in the European Union) have laws that require agreements to be governed by the local laws of the consumer's country. This paragraph doesn't override those laws.

## Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

## Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

**Modifications**

We may revise these Terms from time to time to better reflect:

>(a) changes to the law,

>(b) new regulatory requirements, or

>(c) improvements or enhancements made to our Services.

If an update affects your use of the Services or your legal rights as a user of our Services, we'll notify you prior to the update's effective date by sending an email to the email address associated with your account or via an in-product notification. These updated terms will be effective no less than 30 days from when we notify you.

If you don't agree to the updates we make, please cancel your account before they become effective. Where applicable, we'll offer you a prorated refund based on the amounts you have prepaid for Services and your account cancellation date. By continuing to use or access the Services after the updates come into effect, you agree to be bound by the revised Terms.

## Dropbox

Desktop app
Mobile apps
Plans
Security
Features

## Company

About us
Jobs
Press
Investor relations
Blog

## Support

Help Center
Contact us
Cookies
Privacy & terms
Sitemap

## Community

Developers
Referrals
Forum

## Connect

Twitter
Facebook
YouTube

## Products

Plus
Family
Professional
Business
Enterprise
HelloSign



**English (United States)**

# EXHIBIT D

# EXHIBIT D

**Basic user info**

- David Sifuentes III (David Sifuentes III) (edit | assume)
- davidsifuentes61@yahoo.com,   **Redacted**

# Redacted

- 
- 

- Joined 2011-12-15 07:09:10 (9 years ago)

# EXHIBIT E

# EXHIBIT E

The Wayback Machine – https://web.archive.org/web/20111124081818/http://www.dropbox.com:80/terms



 Log in ▾

🔄 Back to home

     

## Dropbox Terms of Service

Last Modified: July 6, 2011

Thank you for using Dropbox! These terms of service (the "**Terms**") govern your access to and use of Dropbox ("**we**" or "**our**") websites and services (the "**Services**"), so please carefully read them before using the Services.

**By using the Services you agree to be bound by these Terms.** If you are using the Services on behalf of an organization, you are agreeing to these Terms for that organization and promising that you have the authority to bind that organization to these terms. In that case, "you" and "your" will refer to that organization.

You may use the Services only in compliance with these Terms. You may use the Services only if you have the power to form a contract with Dropbox and are not barred under any applicable laws from doing so. The Services may continue to change over time as we refine and add more features. We may stop, suspend, or modify the Services at any time without prior notice to you. We may also remove any content from our Services at our discretion.

## Your Stuff & Your Privacy

By using our Services you provide us with information, files, and folders that you submit to Dropbox (together, "your stuff"). You retain full ownership to your stuff. We don't claim any ownership to any of it. These Terms do not grant us any rights to your stuff or intellectual property except for the limited rights that are needed to run the Services, as explained below.

We may need your permission to do things you ask us to do with your stuff, for example, hosting your files, or sharing them at your direction. This includes product features visible to you, for example, image thumbnails or document previews. It also includes design choices we make to technically administer our Services, for example, how we redundantly backup data to keep it safe. You give us the permissions we need to do those things solely to provide the Services. This permission also extends to trusted third parties we work with to provide the Services, for example Amazon, which provides our storage space (again, only to provide the Services).

To be clear, aside from the rare exceptions we identify in our Privacy Policy, no matter how the Services change, we won't share your content with others, including law enforcement, for any purpose unless you direct us to. How we collect and use your information generally is also explained in our Privacy Policy.

You are solely responsible for your conduct, the content of your files and folders, and your communications with others while using the Services. For example, it's your responsibility to ensure that you have the rights or permission needed to comply with these Terms.

We may choose to review public content for compliance with our community guidelines, but you acknowledge that Dropbox has no obligation to monitor any information on the Services. We are not responsible for the accuracy, completeness, appropriateness, or legality of files, user posts, or any other information you may be able to access using the Services.

## Sharing Your Stuff

The Services provide features that allow you to share your stuff with others or to make it public. There are many things that users may do with that stuff (for example, copy it, modify it, re-share it). Please consider carefully what you choose to share or make public. Dropbox has no responsibility for that activity.

## Your Responsibilities

Files and other content in the Services may be protected by intellectual property rights of others. Please do not copy, upload, download, or share files unless you have the right to do so. You, not Dropbox, will be fully responsible and liable for what you copy, share, upload, download or otherwise use while using the Services. You must not upload spyware or any other malicious software to the Service.

You, and not Dropbox, are responsible for maintaining and protecting all of your stuff. Dropbox will not be liable for any loss or corruption of your stuff, or for any costs or expenses associated with backing up or restoring any of your stuff.

If your contact information, or other information related to your account, changes, you must notify us promptly and keep your information current. The Services are not intended for use by you if you are under 13 years of age. By agreeing to these Terms, you are representing to us that you are over 13.

## Account Security

You are responsible for safeguarding the password that you use to access the Services and you agree not to disclose your password to any third party. You are responsible for any activity using your account, whether or not you authorized that activity. You should immediately notify Dropbox of any unauthorized

1

use of your account. You acknowledge that if you wish to protect your transmission of data or files to Dropbox, it is your responsibility to use a secure encrypted connection to communicate with the Services.

## Software and Updates

Some use of our Service requires you to download a client software package ("Software"). Dropbox hereby grants you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. Your license to use the Software is automatically revoked if you violate these Terms in a manner that implicates our intellectual property rights. We hereby reserve all rights not expressly granted in these Terms. You must not reverse engineer or decompile the Software, nor attempt to do so, nor assist anyone else to do so. Our Services may update the Software on your device automatically when a new version is available. Our pause syncing feature pauses syncing of your files, but may not cease all data transfer, so you should exit the desktop client if you'd like to stop data transfer.

## Dropbox Property and Feedback

These terms do not grant you any right, title, or interest in the Services, Software, or the content in the Services. While we appreciate it when users send us feedback, please be aware that we may use any feedback, comments, or suggestions you send us or post in our forums without any obligation to you. The Software and other technology we use to provide the Services are protected by copyright, trademark, and other laws of both the United States and foreign countries. These Terms do not grant you any rights to use the Dropbox trademarks, logos, domain names, or other brand features.

## Acceptable Use Policy

You will not, and will not attempt to, misuse the Services, and will use the Services only in a manner consistent with the Dropbox Acceptable Use Policy.

## Copyright

Dropbox respects others' intellectual property and asks that you do too. We will respond to notices of alleged copyright infringement if they comply with the law and are properly provided to us. Such notices should be reported using our DMCA Process. We reserve the right to delete or disable content alleged to be infringing and to terminate repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox Inc.
760 Market Street #1150
San Francisco, CA 94102
copyright@dropbox.com

## Other Content

The Services may contain links to third-party websites or resources. Dropbox does not endorse and is not responsible or liable for their availability, accuracy, the related content, products, or services. You are solely responsible for your use of any such websites or resources. Also, if we provide you with any software under an open source license, there may be provisions in those licenses that expressly conflict with these Terms, in which case the open source provisions will apply.

## Termination

Though we'd much rather you stay, you can stop using our Services any time. We reserve the right to suspend or end the Services at any time, with or without cause, and with or without notice. For example, we may suspend or terminate your use if you are not complying with these Terms, or use the Services in any way that would cause us legal liability or disrupt others' use of the Services. If we suspend or terminate your use, we will try to let you know in advance and help you retrieve data, though there may be some cases (for example, repeatedly or flagrantly violating these Terms, a court order, or danger to other users) where we may suspend immediately.

## Dropbox is Available "AS-IS"

Though we want to provide a great service, there are certain things about the service we can't promise. For example, THE SERVICES AND SOFTWARE ARE PROVIDED "AS IS", AT YOUR OWN RISK, WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. (We are not shouting- it's just that these disclaimers are really important, so we want to highlight them). Dropbox will have no responsibility for any harm to your computer system, loss or corruption of data, or other harm that results from your access to or use of the Services or Software. Some states do not allow the types of disclaimers in this paragraph, so they may not apply to you.

## Limitation of Liability

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, SUPPLIERS OR LICENSORS BE LIABLE FOR (A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, REGARDLESS OF LEGAL THEORY, WHETHER OR NOT DROPBOX HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (B) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST THREE MONTHS OF THE SERVICES IN QUESTION. Some states do not allow the types of limitations in this paragraph, so they may not apply to you.

## Export Restrictions

The export and re-export of the Software may be controlled by the United States Export Administration Regulations. The Software may not be used in Cuba; Iran; North Korea; Sudan; or Syria or any country that is subject to an embargo by the United States. If you are a resident or national of, or a business located in, any of those countries, you may not download or use the Software. In addition, the Software may not be distributed to persons on the Table of Denial Orders; the Entity List; or the List of Specially Designated Nationals.

## Modifications

We may revise these Terms from time to time and the most current version will always be posted on our website. If a revision, in our sole discretion, is material we will notify you (for example via email to the email address associated with your account). Other changes may be posted to our blog or terms page, so please check those pages regularly. By continuing to access or use the Services after revisions become effective, you agree to be bound by the revised Terms. If you do not agree to the new terms, please stop using the Services.

## Miscellaneous Legal Terms

THESE TERMS AND THE USE OF THE SERVICES AND SOFTWARE WILL BE GOVERNED BY CALIFORNIA LAW EXCEPT FOR ITS CONFLICTS OF LAWS PRINCIPLES. ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE SERVICES OR SOFTWARE MUST BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SAN FRANCISCO COUNTY, CALIFORNIA, AND BOTH PARTIES CONSENT TO VENUE AND PERSONAL JURISDICTION THERE. These Terms constitute the entire and exclusive agreement between you and Dropbox with respect to the Services, and supersede and replace any other agreements, terms and conditions applicable to the Services. These Terms create no third party beneficiary rights. Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable the remaining provisions of the Agreement will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights in these Terms, and any such attempt is void, but Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services. Dropbox and you are not legal partners or agents; instead, our relationship is that of independent contractors.

**Dropbox**
Home
Install
Mobile
Pricing
For Business
Features
Tour

**About Us**
Dropbox Blog
Our Team
Press
Terms
Privacy
Jobs

**Support**
Help Center
Forums
Votebox
Feedback
Contact Us
Copyright

**Community**
Referrals
Twitter
Facebook
Developers

English ▼          © 2011 Dropbox

# **EXHIBIT F**

# **EXHIBIT F**



Dropbox Terms

Sign in

| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy | Pricing Terms | Security Overview | Acceptable Use |

We are updating our Terms of Service, Privacy Policy, and Business Agreement. These updates will go into effect on March 24, 2014. Find out more here.

**Dropbox Terms of Service**

Last Modified: March 26, 2012

Thank you for using Dropbox! These terms of service (the "Terms") govern your access to and use of Dropbox ("we" or "our") websites and services (the "Services"), so please carefully read them before using the Services.

**By using the Services you agree to be bound by these Terms.** If you are using the Services on behalf of an organization, you are agreeing to these Terms for that organization and promising that you have the authority to bind that organization to these terms. In that case, "you" and "your" will refer to that organization.

You may use the Services only in compliance with these Terms. You may use the Services only if you have the power to form a contract with Dropbox and are not barred under any applicable laws from doing so. The Services may continue to change over time as we refine and add more features. We may stop, suspend, or modify the Services at any time without prior notice to you. We may also remove any content from our Services at our discretion.

**Your Stuff & Your Privacy**

By using our Services you provide us with information, files, and folders that you submit to Dropbox (together, "your stuff"). You retain full ownership to your stuff. We don't claim any ownership to any of it. These Terms do not grant us any rights to your stuff or intellectual property except for the limited rights that are needed to run the Services, as explained below.

We may need your permission to do things you ask us to do with your stuff, for example, hosting your files, or sharing them at your direction. This includes product features visible to you, for example, image thumbnails or document previews. It also includes design choices we make to technically administer our Services, for example, how we redundantly backup data to keep it safe. You give us the permissions we need to do those things solely to provide the Services. This permission also extends to trusted third parties we work with to provide the Services, for example Amazon, which provides our storage space (again, only to provide the Services).

To be clear, aside from the rare exceptions we identify in our Privacy Policy, no matter how the Services change, we won't share your content with others, including law enforcement, for any purpose unless you direct us to. How we collect and use your information generally is also explained in our Privacy Policy.

You are solely responsible for your conduct, the content of your files and folders, and your communications with others while using the Services. For example, it's your responsibility to ensure that you have the rights or permission needed to comply with these Terms.

We may choose to review public content for compliance with our community guidelines, but you acknowledge that Dropbox has no obligation to monitor any information on the Services. We are not responsible for the accuracy, completeness, appropriateness, or legality of files, user posts, or any other information you may be able to access using the Services.

**Sharing Your Stuff**                                        Debug panel

The Services provide features that allow you to share your stuff with others or to make it public. There are many things that users may do with that stuff (for example, copy it, modify it, re-share it). Please consider carefully what you choose to share or make public. Dropbox has no responsibility for that activity.

**Your Responsibilities**

Files and other content in the Services may be protected by intellectual property rights of others. Please do not copy, upload, download, or share files unless you have the right to do so. You, not Dropbox, will be fully responsible and liable for what you copy, share, upload, download or otherwise use while using the Services. You must not upload spyware or any other malicious software to the Service.

You, and not Dropbox, are responsible for maintaining and protecting all of your stuff. Dropbox will not be liable for any loss or corruption of your stuff, or for any costs or expenses associated with backing up or restoring any of your stuff.

If your contact information, or other information related to your account, changes, you must notify us promptly and keep your information current. The Services are not intended for use by you if you are under 13 years of age. By agreeing to these Terms, you are representing to us that you are over 13.

**Account Security**

You are responsible for safeguarding the password that you use to access the Services and you agree not to disclose your password to any third party. You are responsible for any activity using your account, whether or not you authorized that activity. You should immediately notify Dropbox of any unauthorized use of your account. You acknowledge that if you wish to protect your transmission of data or files to Dropbox, it is your responsibility to use a secure encrypted connection to

communicate with the Services.

## Software and Updates

Some use of our Service requires you to download a client software package ("Software"). Dropbox hereby grants you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. Your license to use the Software is automatically revoked if you violate these Terms in a manner that implicates our intellectual property rights. We hereby reserve all rights not expressly granted in these Terms. You must not reverse engineer or decompile the Software, nor attempt to do so, nor assist anyone else to do so. Our Services may update the Software on your device automatically when a new version is available. Our pause syncing feature pauses syncing of your files, but may not cease all data transfer, so you should exit the desktop client if you'd like to stop data transfer.

## Dropbox Property and Feedback

These terms do not grant you any right, title, or interest in the Services, Software, or the content in the Services. While we appreciate it when users send us feedback, please be aware that we may use any feedback, comments, or suggestions you send us or post in our forums without any obligation to you. The Software and other technology we use to provide the Services are protected by copyright, trademark, and other laws of both the United States and foreign countries. These Terms do not grant you any rights to use the Dropbox trademarks, logos, domain names, or other brand features.

## Acceptable Use Policy

You will not, and will not attempt to, misuse the Services, and will use the Services only in a manner consistent with the Dropbox Acceptable Use Policy.

## Copyright

Dropbox respects others' intellectual property and asks that you do too. We will respond to notices of alleged copyright infringement if they comply with the law and are properly provided to us. Such notices should be reported using our DMCA Process. We reserve the right to delete or disable content alleged to be infringing and to terminate repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
185 Berry St. Ste. 400
San Francisco, CA 94107
copyright@dropbox.com

## Other Content

The Services may contain links to third-party websites or resources. Dropbox does not endorse and is not responsible or liable for their availability, accuracy, the related content, products, or services. You are solely responsible for your use of any such websites or resources. Also, if we provide you with any software under an open source license, there may be provisions in those licenses that expressly conflict with these Terms, in which case the open source provisions will apply.

## Termination

Though we'd much rather you stay, you can stop using our Services any time. We reserve the right to suspend or end the Services at any time, with or without cause, and with or without notice. For example, we may suspend or terminate your use if you are not complying with these Terms, or use the Services in any way that would cause us legal liability or disrupt others' use of the Services. If we suspend or terminate your use, we will try to let you know in advance and help you retrieve data, though there may be some cases (for example, repeatedly or flagrantly violating these Terms, a court order, or danger to other users) where we may suspend immediately.

## Dropbox is Available "AS-IS"

Though we want to provide a great service, there are certain things about the service we can't promise. For example, THE SERVICES AND SOFTWARE ARE PROVIDED "AS IS", AT YOUR OWN RISK, WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. (We are not shouting- it's just that these disclaimers are really important, so we want to highlight them). Dropbox will have no responsibility for any harm to your computer system, loss or corruption of data, or other harm that results from your access to or use of the Services or Software. Some states do not allow the types of disclaimers in this paragraph, so they may not apply to you.

## Limitation of Liability

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, SUPPLIERS OR LICENSORS BE LIABLE FOR (A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, REGARDLESS OF LEGAL THEORY, WHETHER OR NOT DROPBOX HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (B) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST THREE MONTHS OF THE SERVICES IN QUESTION. Some states do not allow the types of limitations in this paragraph, so they may not apply to you.

## Modifications

We may revise these Terms from time to time and the most current version will always be posted on our website. If a revision, in our sole discretion, is material we will notify you (for example via email to the email address associated with your account). Other changes may be posted to our blog or terms page, so please check those pages regularly. By continuing to access or use the Services after revisions become effective, you agree to be bound by the revised Terms. If you do not agree to the

new terms, please stop using the Services.

**Miscellaneous Legal Terms**

THESE TERMS AND THE USE OF THE SERVICES AND SOFTWARE WILL BE GOVERNED BY CALIFORNIA LAW EXCEPT FOR ITS CONFLICTS OF LAWS PRINCIPLES. ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE SERVICES OR SOFTWARE MUST BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SAN FRANCISCO COUNTY, CALIFORNIA, AND BOTH PARTIES CONSENT TO VENUE AND PERSONAL JURISDICTION THERE. These Terms constitute the entire and exclusive agreement between you and Dropbox with respect to the Services, and supersede and replace any other agreements, terms and conditions applicable to the Services. These Terms create no third party beneficiary rights. Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable the remaining provisions of the Agreement will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights in these Terms, and any such attempt is void, but Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services. Dropbox and you are not legal partners or agents; instead, our relationship is that of independent contractors.

Dropbox
Install
Mobile
Pricing
Business
Tour

About us
Dropbox Blog
Our team
Branding
News
Jobs

Support
Help Center
Get Started
Privacy & Terms
Copyright
Contact us

Community
Referrals
Twitter
Facebook
Developers

English

# EXHIBIT G

# EXHIBIT G



**Dropbox Terms of Service**

Posted: February 20, 2014

Effective: March 24, 2014

Thanks for using Dropbox! These terms of service ("Terms") cover your use and access to the services, client software and websites ("Services") provided by Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, and to review our Privacy and Acceptable Use policies. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

**Your Stuff & Your Permissions**

When you use our Services, you provide us with things like your files, content, email messages, contacts and so on ("Your Stuff"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, email organization, easy sorting, editing, sharing and searching. These and other features may require our systems to access, store and scan Your Stuff. You give us permission to do those things, and this permission extends to trusted third parties we work with.

**Sharing Your Stuff**

Our Services let you share Your Stuff with others, so please think carefully about what you share.

**Your Responsibilities**

You're responsible for your conduct, Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Please safeguard your password to the Services, make sure that others don't have access to it, and keep your account information current.

Finally, our Services are not intended for and may not be used by people under the age of 13. By using our Services, you are representing to us that you're over 13.

**Software**

Some of our Services allow you to download client software ("Software") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

Debug panel

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our DMCA Process. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
185 Berry Street, Suite 400
San Francisco, CA 94107
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. You're responsible for all applicable taxes, and we'll charge tax when required to do

so.

*No Refunds.* You may cancel your Dropbox Paid Account at any time but you won't be issued a refund.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels. You're responsible for all taxes, and we may charge taxes when required to do so.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

### Dropbox for Business

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your employer, your employer may be able to block your use of Dropbox until you transition to a Dropbox for Business account or you associate your Dropbox account with a personal email address.

*Using Dropbox for Business.* If you join a Dropbox for Business account, you must use it in compliance with your employer's terms and policies. Please note that Dropbox for Business accounts are subject to your employer's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox for Business account. They may also be able to restrict or terminate your access to a Dropbox for Business account. If you convert an existing Dropbox account into a Dropbox for Business account, your administrators may prevent you from later disassociating your account from the Dropbox for Business account.

### Termination

You're free to stop using our Services at any time. We also reserve the right to suspend or end the Services at any time at our discretion and without notice. For example, we may suspend or terminate your use of the Services if you're not complying with these Terms, or use the Services in a manner that would cause us legal liability, disrupt the Services or disrupt others' use of the Services. Except for Paid Accounts, we reserve the right to terminate and delete your account if you haven't accessed our Services for 12 consecutive months. We'll of course provide you with notice via the email address associated with your account before we do so.

### Services "AS IS"

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. Some states don't allow the disclaimers in this paragraph, so they may not apply to you.

### Limitation of Liability

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS BE LIABLE FOR (A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OR ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY, WHETHER OR NOT DROPBOX HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (B) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST 12 MONTHS OF THE SERVICES IN QUESTION. Some states don't allow the types of limitations in this paragraph, so they may not apply to you.

### Resolving Disputes

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration, except as set forth under Exceptions to Agreement to Arbitrate below.

*Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first accepting these Terms.

*Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above.

*No Class Actions.* You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed.

*Judicial forum for disputes.* In the event that the agreement to arbitrate is found not to apply to you or your claim, you and Dropbox agree that any judicial proceeding (other than small claims actions) will be brought in the federal or state courts of San Francisco County (CA). Both you and Dropbox consent to venue and personal

jurisdiction there.

**Controlling Law**

These Terms will be governed by California law except for its conflicts of laws principles.

**Entire Agreement**

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

**Waiver, Severability & Assignment**

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

**Modifications**

We may revise these Terms from time to time, and will always post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you (by, for example, sending a message to the email address associated with your account, posting on our blog or on this page). By continuing to use or access the Services after the revisions come into effect, you agree to be bound by the revised Terms.

Dropbox

Install
Mobile
Pricing
Business
Tour

About us

Dropbox Blog
Our team
Branding
News
Jobs

Support

Help Center
Get Started
Privacy & Terms
Copyright
Contact us

Community

Referrals
Twitter
Facebook
Developers

Englisl

# EXHIBIT H

# EXHIBIT H

The Wayback Machine - https://web.archive.org/web/20150317003650/https://www.dropbox.com/terms



Sign in

| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy | Acceptable Use |

**Dropbox Terms of Service**

Posted: January 22, 2015

Thanks for using Dropbox! These terms of service ("Terms") cover your use and access to the services, client software and websites ("Services") provided by Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, and to review our Privacy and Acceptable Use policies. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

**Your Stuff & Your Permissions**

When you use our Services, you provide us with things like your files, content, email messages, contacts and so on ("Your Stuff"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, email organization, easy sorting, editing, sharing and searching. These and other features may require our systems to access, store and scan Your Stuff. You give us permission to do those things, and this permission extends to trusted third parties we work with.

**Sharing Your Stuff**

Our Services let you share Your Stuff with others, so please think carefully about what you share.

**Your Responsibilities**

You're responsible for your conduct, Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Please safeguard your password to the Services, make sure that others don't have access to it, and keep your account information current.

Finally, our Services are not intended for and may not be used by people under the age of 13. By using our Services, you are representing to us that you're over 13.

**Software**

Some of our Services allow you to download client software ("Software") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our DMCA Process. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
185 Berry Street, Suite 400
San Francisco, CA 94107
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. You're responsible for all applicable taxes, and we'll charge tax when required to do so.

*No Refunds.* You may cancel your Dropbox Paid Account at any time but you won't be issued a refund unless it's legally required.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox for Business**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your employer, your employer may be able to block your use of Dropbox until you transition to a Dropbox for Business account or you associate your Dropbox account with a personal email address.

*Using Dropbox for Business.* If you join a Dropbox for Business account, you must use it in compliance with your employer's terms and policies. Please note that Dropbox for Business accounts are subject to your employer's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox for Business account. They may also be able to restrict or terminate your access to a Dropbox for Business account. If you convert an existing Dropbox account into a Dropbox for Business account, your administrators may prevent you from later disassociating your account from the Dropbox for Business account.

**Termination**

You're free to stop using our Services at any time. We also reserve the right to suspend or end the Services at any time at our discretion and without notice. For example, we may suspend or terminate your use of the Services if you're not complying with these Terms, or use the Services in a manner that would cause us legal liability, disrupt the Services or disrupt others' use of the Services. Except for Paid Accounts, we reserve the right to terminate and delete your account if you haven't accessed our Services for 12 consecutive months. We'll of course provide you with notice via the email address associated with your account before we do so.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. Some states don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS BE LIABLE FOR (A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OR ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY, WHETHER OR NOT DROPBOX HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (B) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST 12 MONTHS OF THE SERVICES IN QUESTION. Some states don't allow the types of limitations in this paragraph, so they may not apply to you.

**Resolving Disputes**

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration, except as set forth under Exceptions to Agreement to Arbitrate below.

*Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first accepting these Terms.

*Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property

infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above.

*No Class Actions.* You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed.

*Judicial forum for disputes.* In the event that the agreement to arbitrate is found not to apply to you or your claim, you and Dropbox agree that any judicial proceeding (other than small claims actions) will be brought in the federal or state courts of San Francisco County (CA). Both you and Dropbox consent to venue and personal jurisdiction there.

**Controlling Law**

These Terms will be governed by California law except for its conflicts of laws principles.

**Entire Agreement**

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

**Waiver, Severability & Assignment**

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

**Modifications**

We may revise these Terms from time to time, and will always post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you (by, for example, sending a message to the email address associated with your account, posting on our blog or on this page). By continuing to use or access the Services after the revisions come into effect, you agree to be bound by the revised Terms.

| Dropbox | About us | Support | Community | 🌐 English |
|---------|----------|---------|-----------|-----------|
| Install | Dropbox Blog | Help Center | Referrals | |
| Mobile | Our team | Get Started | Forum | |
| Pricing | Branding | Privacy & Terms | Twitter | |
| Business | News | Copyright | Facebook | |
| Tour | Jobs | Contact us | Developers | |

# **EXHIBIT I**

# **EXHIBIT I**

The Wayback Machine - https://web.archive.org/web/20150511091839/https://www.dropbox.com/terms



Sign in

| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy | Acceptable Use |

We're updating our Terms of Service for users who live outside the US, Canada and Mexico. They're effective right away for users who sign up for Dropbox or upgrade to Dropbox Pro starting May 1st, 2015, and effective June 1st, 2015 for all other users. You can find out more here and see the prior Terms here.

**Dropbox Terms of Service**

Posted: May 1, 2015

Thanks for using Dropbox! These terms of service ("Terms") cover your use and access to our services, client software and websites ("Services"). If you reside outside the United States of America, Canada and Mexico ("North America") your agreement is with Dropbox Ireland, and if you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, and to review our Privacy and Acceptable Use policies. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

**Your Stuff & Your Permissions**

When you use our Services, you provide us with things like your files, content, email messages, contacts and so on ("Your Stuff"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, email organization, easy sorting, editing, sharing and searching. These and other features may require our systems to access, store and scan Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Sharing Your Stuff**

Our Services let you share Your Stuff with others, so please think carefully about what you share.

**Your Responsibilities**

You're responsible for your conduct, Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Please safeguard your password to the Services, make sure that others don't have access to it, and keep your account information current.

Finally, our Services are not intended for and may not be used by people under the age of 13. By using our Services, you are representing to us that you're over 13.

**Software**

Some of our Services allow you to download client software ("Software") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
185 Berry Street, Suite 400
San Francisco, CA 94107
copyright@dropbox.com

## Paid Accounts

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. You're responsible for all applicable taxes, and we'll charge tax when required to do so.

*No Refunds.* You may cancel your Dropbox Paid Account at any time but you won't be issued a refund unless it's legally required.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

## Dropbox for Business

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your employer, your employer may be able to block your use of Dropbox until you transition to a Dropbox for Business account or you associate your Dropbox account with a personal email address.

*Using Dropbox for Business.* If you join a Dropbox for Business account, you must use it in compliance with your employer's terms and policies. Please note that Dropbox for Business accounts are subject to your employer's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox for Business account. They may also be able to restrict or terminate your access to a Dropbox for Business account. If you convert an existing Dropbox account into a Dropbox for Business account, your administrators may prevent you from later disassociating your account from the Dropbox for Business account.

## Termination

You're free to stop using our Services at any time. We also reserve the right to suspend or end the Services at any time at our discretion and without notice. For example, we may suspend or terminate your use of the Services if you're not complying with these Terms, or use the Services in a manner that would cause us legal liability, disrupt the Services or disrupt others' use of the Services. Except for Paid Accounts, we reserve the right to terminate and delete your account if you haven't accessed our Services for 12 consecutive months. We'll of course provide you with notice via the email address associated with your account before we do so.

## Services "AS IS"

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

## Limitation of Liability

TO THE FULLEST EXTENT PERMITTED BY LAW, EXCEPT FOR ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD, FRAUDULENT MISREPRESENTATION, OR GROSS NEGLIGENCE, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS BE LIABLE FOR:

(A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR

(B) ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THIS WILL BE REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

ADDITIONALLY, DROPBOX, ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS WILL NOT BE LIABLE FOR AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES FOR MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST 12 MONTHS OF THE SERVICES IN QUESTION.

Some places don't allow the types of limitations in this paragraph, so they may not apply to you.

## Resolving Disputes

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial forum for disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts.

2

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

*We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration, except as set forth under Exceptions to Agreement to Arbitrate below.

*Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first accepting these Terms.

*Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

***NO CLASS ACTIONS.*** You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed.

## Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles, unless otherwise required by a mandatory law of any other jurisdiction.

## Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

## Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

## Modifications

We may revise these Terms from time to time, and will always post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you (by, for example, sending a message to the email address associated with your account, posting on our blog or on this page). By continuing to use or access the Services after the revisions come into effect, you agree to be bound by the revised Terms.

| Dropbox | About us | Support | Community | English |
|---|---|---|---|---|
| Install | Dropbox Blog | Help Center | Referrals | |
| Mobile | Our team | Get Started | Forum | |
| Pricing | Branding | Privacy & Terms | Twitter | |
| Business | News | Copyright | Facebook | |
| Tour | Jobs | Contact us | Developers | |

3

# EXHIBIT J

# EXHIBIT J

The Wayback Machine - https://web.archive.org/web/20151016222729/https://www.dropbox.com/terms?view_en



Sign in

| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy | Acceptable Use |
| --- | --- | --- | --- | --- |

**Dropbox Terms of Service**

Posted: October 13, 2015

Thanks for using Dropbox! These terms of service ("Terms") cover your use and access to our services, client software and websites ("Services"). If you reside outside of the United States, Canada and Mexico ("North America") your agreement is with Dropbox Ireland, and if you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, and to review our Privacy and Acceptable Use policies. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

**Your Stuff & Your Permissions**

When you use our Services, you provide us with things like your files, content, email messages, contacts and so on ("Your Stuff"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, email organization, easy sorting, editing, sharing and searching. These and other features may require our systems to access, store and scan Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Sharing Your Stuff**

Our Services let you share Your Stuff with others, so please think carefully about what you share.

**Your Responsibilities**

You're responsible for your conduct, Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Please safeguard your password to the Services, make sure that others don't have access to it, and keep your account information current.

Finally, our Services are not intended for and may not be used by people under the age of 13. By using our Services, you are representing to us that you're over 13.

**Software**

Some of our Services allow you to download client software ("Software") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Beta Services**

We sometimes release products and features that we are still testing and evaluating. Those Services have been marked beta, preview, early access, or evaluation (or with words or phrases with similar meanings) and may not be as reliable as Dropbox's other services, so please keep that in mind.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

1

Copyright Agent
Dropbox, Inc.
185 Berry Street, Suite 400
San Francisco, CA 94107
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. You're responsible for all applicable taxes, and we'll charge tax when required to do so.

*No Refunds.* You may cancel your Dropbox Paid Account at any time but you won't be issued a refund unless it's legally required.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox for Business**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your employer, your employer may be able to block your use of Dropbox until you transition to a Dropbox for Business account or you associate your Dropbox account with a personal email address.

*Using Dropbox for Business.* If you join a Dropbox for Business account, you must use it in compliance with your employer's terms and policies. Please note that Dropbox for Business accounts are subject to your employer's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox for Business account. They may also be able to restrict or terminate your access to a Dropbox for Business account. If you convert an existing Dropbox account into a Dropbox for Business account, your administrators may prevent you from later disassociating your account from the Dropbox for Business account.

**Termination**

You're free to stop using our Services at any time. We also reserve the right to suspend or end the Services at any time at our discretion and without notice. For example, we may suspend or terminate your use of the Services if you're not complying with these Terms, or use the Services in a manner that would cause us legal liability, disrupt the Services or disrupt others' use of the Services. Except for Paid Accounts, we reserve the right to terminate and delete your account if you haven't accessed our Services for 12 consecutive months. We'll of course provide you with notice via the email address associated with your account before we do so.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

TO THE FULLEST EXTENT PERMITTED BY LAW, EXCEPT FOR ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD, FRAUDULENT MISREPRESENTATION, OR GROSS NEGLIGENCE, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS BE LIABLE FOR:

(A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR

(B) ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THIS WILL BE REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

ADDITIONALLY, DROPBOX, ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS WILL NOT BE LIABLE FOR AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES FOR MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST 12 MONTHS OF THE SERVICES IN QUESTION.

Some places don't allow the types of limitations in this paragraph, so they may not apply to you.

**Resolving Disputes**

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial forum for disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

*We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration, except as set forth under Exceptions to Agreement to Arbitrate below.

*Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first accepting these Terms.

*Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

***NO CLASS ACTIONS.*** You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed.

## Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles, unless otherwise required by a mandatory law of any other jurisdiction.

## Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

## Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

## Modifications

We may revise these Terms from time to time, and will always post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you (by, for example, sending a message to the email address associated with your account, posting on our blog or on this page). By continuing to use or access the Services after the revisions come into effect, you agree to be bound by the revised Terms.

| Dropbox | About us | Support | Community | | English (United States) |
|---------|----------|---------|-----------|--|-------------------------|
| Install | Dropbox Blog | Help Center | Referrals | | |
| Mobile | About | Get Started | Forum | | |
| Pricing | Branding | Privacy & Terms | Twitter | | |
| Business | News | Copyright | Facebook | | |
| Tour | Jobs | Contact us | Developers | | |

# **EXHIBIT K**

# **EXHIBIT K**



Sign in

| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy | Acceptable Use |
|---|---|---|---|---|

## Dropbox Terms of Service

Posted: November 4, 2015

Thanks for using Dropbox! These terms of service ("Terms") cover your use and access to our services, client software and websites ("Services"). If you reside outside of the United States of America, Canada and Mexico ("North America") your agreement is with Dropbox Ireland, and if you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, and to review our Privacy and Acceptable Use policies. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

### Your Stuff & Your Permissions

When you use our Services, you provide us with things like your files, content, email messages, contacts and so on ("Your Stuff"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, email organization, easy sorting, editing, sharing and searching. These and other features may require our systems to access, store and scan Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

### Sharing Your Stuff

Our Services let you share Your Stuff with others, so please think carefully about what you share.

### Your Responsibilities

You're responsible for your conduct, Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Please safeguard your password to the Services, make sure that others don't have access to it, and keep your account information current.

Finally, our Services are not intended for and may not be used by people under the age of 13. By using our Services, you are representing to us that you're over 13.

### Software

Some of our Services allow you to download client software ("Software") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

### Beta Services

We sometimes release products and features that we are still testing and evaluating. Those Services have been marked beta, preview, early access, or evaluation (or with words or phrases with similar meanings) and may not be as reliable as Dropbox's other services, so please keep that in mind.

### Our Stuff

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

### Copyright

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.

 

333 Brannan Street
San Francisco, CA 94107
copyright@dropbox.com

## Paid Accounts

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. You're responsible for all applicable taxes, and we'll charge tax when required to do so.

*No Refunds.* You may cancel your Dropbox Paid Account at any time but you won't be issued a refund unless it's legally required.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

## Dropbox Business

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your employer, your employer may be able to block your use of Dropbox until you transition to a Dropbox Business or Dropbox Enterprise account or you associate your Dropbox account with a personal email address.

*Using Dropbox Business or Dropbox Enterprise.* If you join a Dropbox Business or Dropbox Enterprise account, you must use it in compliance with your employer's terms and policies. Please note that Dropbox Business and Dropbox Enterprise accounts are subject to your employer's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox Business or Dropbox Enterprise account. They may also be able to restrict or terminate your access to a Dropbox Business or Dropbox Enterprise account. If you convert an existing Dropbox account into a Dropbox Business or Dropbox Enterprise account, your administrators may prevent you from later disassociating your account from the Dropbox Business or Dropbox Enterprise account.

## Termination

You're free to stop using our Services at any time. We also reserve the right to suspend or end the Services at any time at our discretion and without notice. For example, we may suspend or terminate your use of the Services if you're not complying with these Terms, or use the Services in a manner that would cause us legal liability, disrupt the Services or disrupt others' use of the Services. Except for Paid Accounts, we reserve the right to terminate and delete your account if you haven't accessed our Services for 12 consecutive months. We'll of course provide you with notice via the email address associated with your account before we do so.

## Services "AS IS"

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

## Limitation of Liability

TO THE FULLEST EXTENT PERMITTED BY LAW, EXCEPT FOR ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD, FRAUDULENT MISREPRESENTATION, OR GROSS NEGLIGENCE, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS BE LIABLE FOR:

(A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR

(B) ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THIS WILL BE REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

ADDITIONALLY, DROPBOX, ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS WILL NOT BE LIABLE FOR AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES FOR MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST 12 MONTHS OF THE SERVICES IN QUESTION.

Some places don't allow the types of limitations in this paragraph, so they may not apply to you.

## Resolving Disputes

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial forum for disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

2.3s    AX (4)    

*We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration, except as set forth under Exceptions to Agreement to Arbitrate below.

*Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first accepting these Terms.

*Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

**NO CLASS ACTIONS.** You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed.

## Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles, unless otherwise required by a mandatory law of any other jurisdiction.

## Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

## Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

## Modifications

We may revise these Terms from time to time, and will always post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you (by, for example, sending a message to the email address associated with your account, posting on our blog or on this page). By continuing to use or access the Services after the revisions come into effect, you agree to be bound by the revised Terms.

**Dropbox**       **About us**          **Support**          **Community**                        English (United States)

Install          Dropbox Blog       Help Center          Referrals
Mobile           About              Contact us           Forum
Pricing          Branding           Copyright            Twitter
Business         News               Cookies              Facebook
Enterprise       Jobs               Privacy & Terms      Developers
Tour



# **<u>EXHIBIT L</u>**

# **<u>EXHIBIT L</u>**





| Terms of Service | Privacy Policy | Business Agreement | DMCA Policy | Acceptable Use |

## Dropbox Terms of Service

Posted: September 14, 2016

Thanks for using Dropbox! These terms of service ("Terms") cover your use and access to our services, client software and websites ("Services"). If you reside outside of the United States of America, Canada and Mexico ("North America") your agreement is with Dropbox International Unlimited Company, and if you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, and to review our Privacy and Acceptable Use policies. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

### Your Stuff & Your Permissions

When you use our Services, you provide us with things like your files, content, email messages, contacts and so on ("Your Stuff"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, email organization, easy sorting, editing, sharing and searching. These and other features may require our systems to access, store and scan Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

### Sharing Your Stuff

Our Services let you share Your Stuff with others, so please think carefully about what you share.

### Your Responsibilities

You're responsible for your conduct, Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Please safeguard your password to the Services, make sure that others don't have access to it, and keep your account information current.

Finally, our Services are not intended for and may not be used by people under the age of 13. By using our Services, you are representing to us that you're over 13.

### Software

Some of our Services allow you to download client software ("Software") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

### Beta Services

We sometimes release products and features that we are still testing and evaluating. Those Services have been marked beta, preview, early access, or evaluation (or with words or phrases with similar meanings) and may not be as reliable as Dropbox's other services, so please keep that in mind.

### Our Stuff

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

### Copyright

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.

333 Brannan Street
San Francisco, CA 94107
copyright@dropbox.com

**Paid Accounts**

  

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. You're responsible for all applicable taxes, and we'll charge tax when required to do so.

*No Refunds.* You may cancel your Dropbox Paid Account at any time but you won't be issued a refund unless it's legally required.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox Business**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your employer, your employer may be able to block your use of Dropbox until you transition to a Dropbox Business or Dropbox Enterprise account or you associate your Dropbox account with a personal email address.

*Using Dropbox Business or Dropbox Enterprise.* If you join a Dropbox Business or Dropbox Enterprise account, you must use it in compliance with your employer's terms and policies. Please note that Dropbox Business and Dropbox Enterprise accounts are subject to your employer's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox Business or Dropbox Enterprise account. They may also be able to restrict or terminate your access to a Dropbox Business or Dropbox Enterprise account. If you convert an existing Dropbox account into a Dropbox Business or Dropbox Enterprise account, your administrators may prevent you from later disassociating your account from the Dropbox Business or Dropbox Enterprise account.

**Termination**

You're free to stop using our Services at any time. We also reserve the right to suspend or end the Services at any time at our discretion and without notice. For example, we may suspend or terminate your use of the Services if you're not complying with these Terms, or use the Services in a manner that would cause us legal liability, disrupt the Services or disrupt others' use of the Services. Except for Paid Accounts, we reserve the right to terminate and delete your account if you haven't accessed our Services for 12 consecutive months. We'll of course provide you with notice via the email address associated with your account before we do so.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

TO THE FULLEST EXTENT PERMITTED BY LAW, EXCEPT FOR ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD, FRAUDULENT MISREPRESENTATION, OR GROSS NEGLIGENCE, IN NO EVENT WILL DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS BE LIABLE FOR:

(A) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR

(B) ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THIS WILL BE REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

ADDITIONALLY, DROPBOX, ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS WILL NOT BE LIABLE FOR AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES FOR MORE THAN THE GREATER OF $20 OR THE AMOUNTS PAID BY YOU TO DROPBOX FOR THE PAST 12 MONTHS OF THE SERVICES IN QUESTION.

Some places don't allow the types of limitations in this paragraph, so they may not apply to you.

**Resolving Disputes**

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial forum for disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

*We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration, except as set forth under Exceptions to Agreement to Arbitrate below.

*Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first accepting these Terms.

*Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

**NO CLASS ACTIONS.** You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed.

### Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles, unless otherwise required by a mandatory law of any other jurisdiction.

### Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

### Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

### Modifications

We may revise these Terms from time to time, and will always post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you (by, for example, sending a message to the email address associated with your account, posting on our blog or on this page). By continuing to use or access the Services after the revisions come into effect, you agree to be bound by the revised Terms.

| Dropbox | About us | Support | Community | | English (United States) |
|---------|----------|---------|-----------|---|---|
| Install | Dropbox Blog | Help Center | Referrals | | |
| Mobile | About | Contact us | Forum | | |
| Pricing | Branding | Copyright | Twitter | | |
| Business | News | Cookies | Facebook | | |
| Enterprise | Jobs | Privacy & Terms | Developers | | |
| Tour | | | | | |

Terms - Dropbox



# EXHIBIT M

# EXHIBIT M



Sign in ▾

**Dropbox Terms of Service**

Posted: December 8, 2016

Effective: February 10, 2017

> Dropbox's Terms of Service will be changing effective May 25, 2018. Click here to review the new terms.

Thanks for using Dropbox! These terms of service ("**Terms**") cover your use and access to our services, client software and websites ("**Services**"). If you reside outside of the United States of America, Canada and Mexico ("**North America**") your agreement is with Dropbox International Unlimited Company, and if you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, our Privacy Policy and Acceptable Use Policy. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

**Your Stu.  & Your Permissions**

When you use our Services, you provide us with things like your files, content, messages, contacts and so on ("**Your Stuff**"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, commenting, easy sorting, editing, sharing and searching. These and other features may require our systems to access, store and scan Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Sharing Your Stuff**

Our Services let you share Your Stuff with others, so please think carefully about what you share.

**Your Responsibilities**

You're responsible for your conduct. Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Help us keep you informed and Your Stuff protected. Safeguard your password to the Services, and keep your account information current. Don't share your account credentials or give others access to your account.

You may use our Services only as permitted by applicable law, including export control laws and regulations. Finally, our Services are not intended for and may not be used by people under the age of 13. By using our Services, you are representing to us that you're over 13.

**Software**

Some of our Services allow you to download client software ("**Software**") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Beta Services**

We sometimes release products and features that we are still testing and evaluating. Those Services have been marked beta, preview, early access, or evaluation (or with words or phrases with similar meanings) and may not be as reliable as Dropbox's other services, so please keep that in mind.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
333 Brannan Street
San Francisco, CA 94107
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "**Paid Account**"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. If you're on an annual plan, we'll send you a notice email reminding you that your plan is about to renew within a reasonable period of time prior to the renewal date. You're responsible for all applicable taxes, and we'll charge tax when required to do so. Some countries have mandatory local laws regarding your cancellation rights, and this paragraph doesn't override these laws.

*No Refunds.* You may cancel your Dropbox Paid Account at any time. Refunds are only issued if required by law. For example, users living in the European Union have the right to cancel their Paid Account subscriptions within 14 days of signing up for, upgrading to or renewing a Paid Account.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox Teams**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your organization, your organization may be able to block your use of Dropbox until you transition to an account on a Dropbox team (e.g., Dropbox Business plans or Dropbox Education) or you associate your Dropbox account with a personal email address.

*Using Dropbox Teams.* If you join a Dropbox team, you must use it in compliance with your organization's terms and policies. Please note that Dropbox team accounts are subject to your organization's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox team account. They may also be able to restrict or terminate your access to a Dropbox team account. If you convert an existing Dropbox account into part of a Dropbox team, your administrators may prevent you from later disassociating your account from the Dropbox team.

**Termination**

You're free to stop using our Services at any time. We reserve the right to suspend or terminate your access to the Services with notice to you if:

(a) you're in breach of these Terms,

(b) you're using the Services in a manner that would cause a real risk of harm or loss to us or other users, or

(c) you don't have a Paid Account and haven't accessed our Services for 12 consecutive months.

We'll provide you with reasonable advance notice via the email address associated with your account to remedy the activity that prompted us to contact you and give you the opportunity to export Your Stuff from our Services. If after such notice you fail to take the steps we ask of you, we'll terminate or suspend your access to the Services.

We won't provide notice before termination where:

(a) you're in material breach of these Terms,

(b) doing so would cause us legal liability or compromise our ability to provide the Services to our other users, or

(c) we're prohibited from doing so by law.

**Discontinuation of Services**

We may decide to discontinue the Services in response to unforeseen circumstances beyond Dropbox's control or to comply with a legal requirement. If we do so, we'll give you reasonable prior notice so that you can export Your Stuff from our systems. If we discontinue Services in this way before the end of any fixed or minimum term you have paid us for, we'll refund the portion of the fees you have pre-paid but haven't received Services for.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO—THIS INCLUDES ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD OR FRAUDULENT MISREPRESENTATION IN PROVIDING THE SERVICES. IN COUNTRIES WHERE THE FOLLOWING TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WON'T BE LIABLE FOR:

    i. ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR

    ii. ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THESE EXCLUSIONS OR LIMITATIONS WILL APPLY REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES.

IF YOU USE THE SERVICES FOR ANY COMMERCIAL, BUSINESS OR RE-SALE PURPOSE, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WILL HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY. DROPBOX AND ITS AFFILIATES AREN'T RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF THE SERVICES.

OTHER THAN FOR THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), WE LIMIT OUR LIABILITY TO YOU TO THE GREATER OF $20 USD OR 100% OF ANY AMOUNT YOU'VE PAID UNDER YOUR CURRENT SERVICE PLAN WITH DROPBOX.

**Resolving Disputes**

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial forum for disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts. If you reside in a country (for example, European Union member states) with laws that give consumers the right to bring disputes in their local courts, this paragraph doesn't affect those requirements.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

    *We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration by a single arbitrator, except as set forth under Exceptions to Agreement to Arbitrate below. This includes disputes arising out of or relating to interpretation or application of this "Mandatory Arbitration Provisions" section, including its enforceability, revocability, or validity.

    *Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first registering your account. However, if you agreed to a previous version of these Terms that allowed you to opt out of arbitration, your previous choice to opt out or not opt out remains binding.

    *Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

*Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for individual arbitration for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award. Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

**NO CLASS ACTIONS.** You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed. If this specific paragraph is held unenforceable, then the entirety of this "Mandatory Arbitration Provisions" section will be deemed void.

**Controlling Law**

These Terms will be governed by California law except for its conflicts of laws principles. However, some countries (including those in the European Union) have laws that require agreements to be governed by the local laws of the consumer's country. This paragraph doesn't override those laws.

**Entire Agreement**

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

**Waiver, Severability & Assignment**

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

**Modifications**

We may revise these Terms from time to time to better reflect:

> (a) changes to the law,

> (b) new regulatory requirements, or

> (c) improvements or enhancements made to our Services.

If an update affects your use of the Services or your legal rights as a user of our Services, we'll notify you prior to the update's effective date by sending an email to the email address associated with your account or via an in-product notification. These updated terms will be effective no less than 30 days from when we notify you.

If you don't agree to the updates we make, please cancel your account before they become effective. Where applicable, we'll offer you a prorated refund based on the amounts you have prepaid for Services and your account cancellation date. By continuing to use or access the Services after the updates come into effect, you agree to be bound by the revised Terms.

If your organization signed a Dropbox Business or Dropbox Enterprise Agreement with Dropbox, that Agreement may have modified the privacy policy below. Please contact your organization's Admin for details.

**Dropbox Privacy Policy**

Posted: December 8, 2016

Effective: February 10, 2017

Thanks for using Dropbox! Here we describe how we collect, use and handle your information when you use our websites, software and services ("**Services**").

**What & Why**

We collect and use the following information to provide, improve and protect our Services:

*Account.* We collect, and associate with your account, information like your name, email address, phone number, payment info, physical address, and account activity. Some of our services let you access your accounts and your information with other service providers.

*Services.* Our Services are designed to make it simple for you to store Your Stuff, collaborate with others, and work across multiple devices. To make that possible, we store, process, and transmit Your Stuff—like files, messages, comments, and photos—as well as information related to it. This related information can be things like your profile information that makes it easier to collaborate and share Your Stuff with others. Our Services provide you with different options for sharing Your Stuff.

You may choose to give us access to your contacts to make it easy for you to do things like share and collaborate on Your Stuff, send messages, and invite others to use the Services. If you do, we'll store those contacts on our servers for you to use.

*Usage.* We collect information related to how you use the Services, including actions you take in your account (like sharing, editing, viewing, and moving files or folders). This helps us provide you with features like the "Events" page and version history.

We also collect information from and about the devices you use to access the Services. This includes things like IP addresses, the type of browser and device you use, the web page you visited before coming to our sites, and identifiers associated with your devices. Your devices (depending on their settings) may also transmit location information to the Services.

*Cookies and other technologies.* We use technologies like cookies and pixel tags to provide, improve, protect and promote our Services. For example, cookies help us with things like remembering your username for your next visit, understanding how you are interacting with our Services, and improving them based on that information. You can set your browser to not accept cookies, but this may limit your ability to use the Services. If our systems receive a DNT:1 signal from your browser, we'll respond to that signal as outlined here.

**With whom**

We may share information as discussed below, but we won't sell it to advertisers or other third parties.

*Others working for Dropbox.* Dropbox uses certain trusted third parties (for example, providers of customer support and IT services) to help us provide, improve, protect, and promote our Services. These third parties will access your information only to perform tasks on our behalf in compliance with this Privacy Policy, and we'll remain responsible for their handling of your information per our instructions.

*Other users.* Our Services display information like your name, profile picture, and email address to other users in places like your user profile and sharing notifications. When you register your Dropbox account with an email address on a domain owned by your employer or organization, we may help collaborators find you and your team by making some of your basic information—like your name, team name, profile picture, and email address—visible to other users on the same domain. This helps us show you teams you can join, and helps other users share files and folders with you.

Certain features let you make additional information available to others.

*Other applications.* You can also give third parties access to your information and account - for example, via Dropbox APIs. Just remember that their use of your information will be governed by their privacy policies and terms.

*Dropbox Team Admins.* If you are a user of a Dropbox team (e.g., Dropbox Business plans or Dropbox Education), your administrator may have the ability to access and control your Dropbox team account. Please refer to your organization's internal policies if you have questions about this. If you are not a Dropbox team user but interact with a Dropbox team user (by, for example, joining a shared folder or accessing stuff shared by that user), members of that organization may be able to view the name, email address, profile picture, and IP address that was associated with your account at the time of that interaction.

*Law & Order.* We may disclose your information to third parties if we determine that such disclosure is reasonably necessary to (a) comply with the law; (b) protect any person from death or serious bodily injury; (c) prevent fraud or abuse of Dropbox or our users; or (d) protect Dropbox's property rights.

Stewardship of your data is critical to us and a responsibility that we embrace. We believe that our users' data should receive the same legal protections regardless of whether it's stored on our services or on their home computer's hard drive. We'll abide by the following Government Request Principles when receiving, scrutinizing and responding to government requests (including national security requests) for our users' data:

- Be transparent,
- Fight blanket requests,
- Protect all users and
- Provide trusted services.

We publish a Transparency Report as part of our commitment to informing users about when and how governments ask us for information. This report details the types and numbers of requests we receive from law enforcement. We encourage users to review our Government Request Principles and Transparency Report for more detailed information on our approach and response to government requests.

**How**

*Security.* We have a team dedicated to keeping your information secure and testing for vulnerabilities. We also continue to work on features to keep your information safe in addition to things like two-factor authentication, encryption of files at rest, and alerts when new devices and apps are linked to your account.

*Retention.* We'll retain information you store on our Services for as long as we need it to provide you the Services. If you delete your account, we'll also delete this information. But please note: (1) there might be some latency in deleting this information from our servers and back-up storage; and (2) we may retain this information if necessary to comply with our legal obligations, resolve disputes, or enforce our agreements. You can access your personal information by logging into your Dropbox account. Learn more here.

**Where**

*Around the world.* To provide you with the Services, we may store, process and transmit information in the United States and locations around the world - including those outside your country. Information may also be stored locally on the devices you use to access the Services.

*EU-US Privacy Shield and US-Swiss Safe Harbor.* When transferring data from the European Union, the European Economic Area, and Switzerland, Dropbox relies upon a variety of legal mechanisms, including contracts with our users. Dropbox complies with the U.S.-Swiss Safe Harbor ("**Safe Harbor**") framework and its principles. We also participate in the EU-U.S. Privacy Shield Program ("**Privacy Shield**") and comply with its framework and principles. You can find Dropbox's Safe Harbor certification here and our Privacy Shield certification here. You can also learn more about Privacy Shield at https://www.privacyshield.gov and Safe Harbor at http://2016.export.gov/safeharbor/swiss/.

Dropbox is subject to oversight by the U.S. Federal Trade Commission. JAMS is the US-based independent organization responsible for reviewing and resolving complaints about our Privacy Shield and Safe Harbor compliance — free of charge to you. We ask that you first submit any such complaints directly to us via privacyshield@dropbox.com. If you aren't satisfied with our response, please contact JAMS at https://www.jamsadr.com/eu-us-privacy-shield. In the event your concern still isn't addressed by JAMS, you may be entitled to a binding arbitration under Privacy Shield and its principles.

**Changes**

If you are involved in a reorganization, merger, acquisition or sale of our assets, your information may be transferred as part of that deal. We will notify you (for example, via a message to the email address associated with your account) of any such deal and outline your choices in that event.

We may revise this Privacy Policy from time to time, and will post the most current version on our website. If a revision meaningfully reduces your rights, we will notify you.

**Contact**

Have questions or concerns about Dropbox, our Services and privacy? Contact us at privacy@dropbox.com.

This section of the agreement only applies to Dropbox Business customers. If your organization signed a Dropbox Business or Dropbox Enterprise Agreement with Dropbox, that Agreement may be different from the terms below. Please contact your organization's Admin for details.

**Dropbox Business Agreement**

Posted: 30 January 2017

This Dropbox Business Agreement (the "Agreement") is between Dropbox International Unlimited Company if your organization is based outside the United States, Canada and Mexico ("North America") or, if your organization is based in North America, with Dropbox, Inc., a Delaware corporation (each, "Dropbox") and the organization agreeing to these terms ("Customer"). This Agreement governs access to and use of the Services and Beta Services. By clicking "I agree," signing your contract for the Services, or using the Services, you agree to this Agreement as a Customer.

To the extent that Dropbox, Inc. is, on behalf of the Customer, processing Customer Data that is subject to EU Data Protection Laws, by clicking "I agree", you are also agreeing to the EU Standard Contractual Clauses, defined below, with Dropbox, Inc. for the transfer of personal data to processors.

If you are agreeing to this Agreement and, if applicable, the EU Standard Contractual Clauses, for use of the Services by an organization, you are agreeing on behalf of that organization. You must have the authority to bind that organization to these terms, otherwise you must not sign up for the Services.

1. Services.

   1.1 Provision. This Agreement governs access to, and use of, the Services and Software. Customer and End Users may access and use the Services in accordance with this Agreement.

   1.2 Security Measures. Dropbox will use, at a minimum, industry standard technical and organizational security measures to transfer, store, and process Customer Data. These measures are designed to protect the integrity of Customer Data and guard against the unauthorized or unlawful access to, use, and processing of Customer Data.

   1.3 Data Processing and Transfer.

      a. Data Processing. Dropbox and its Sub-processors will only process Customer Data to provide the Services and to fulfill Dropbox's obligations under the Agreement. Sub-processors' processing activities will be restricted to processing on Dropbox's behalf and in accordance with Dropbox's instructions. Customer agrees that Dropbox and its Sub-processors may transfer, store, and process Customer Data in locations other than Customer's country.

      b. EU-US Privacy Shield Program. Dropbox is certified and complies with the EU-US Privacy Shield Program. If the EU-US Privacy Shield Program is invalidated, Dropbox will use commercially reasonable efforts to comply with the resulting alternate or successor EU-US data transfer mechanism.

      c. EU Standard Contractual Clauses. To the extent Customer Data is subject to EU Data Protection Laws and is processed by Dropbox on Customer's behalf: (i) Dropbox will use and process Customer Data as Customer instructs in order to provide the Services and to fulfill Dropbox's obligations under the Agreement; and (ii) Customer agrees to the EU Standard Contractual Clauses with Dropbox, Inc. for the transfer of personal data. The EU Standard Contractual Clauses apply only to the Services and future variations of the Services, but do not apply to Beta Services or Excluded Features.

6

1.4 <u>Modifications</u>. Dropbox may update the Services from time to time. If Dropbox changes the Services in a manner that materially reduces their functionality, Dropbox will notify Customer at the email address associate with the account, and Customer may provide notice within thirty days of the change to terminate the Agreement. This termination right will not apply to updates made to features provided on a beta or evaluation basis.

1.5 <u>Software</u>.

    a. <u>Generally</u>. The Services allow Customer and End Users to download Software that may update automatically. If any component of the Software is offered under an open source license, Dropbox will make the license available to Customer and to the extent the provisions of that license grant Customer additional rights, those provisions will expressly override some terms of this Agreement with respect to that component of the Software.

    b. <u>License</u>. Dropbox hereby grants to Customer during the Term a limited non-exclusive license to use the Software solely in connection with the Services and in accordance with this Agreement. This license is non-transferable (subject to Section 12.8), irrevocable (except as set forth in Section 7), non-sublicensable, and will be fully paid up upon Customer's payment of the Fees.

1.6 <u>Customer Domains</u>. Prior to providing the Services Dropbox may require Customer to verify that Customer owns or controls the Customer Domains. If Customer does not own or control the Customer Domains, then Dropbox will have no obligation to provide Customer with the Services.

2. <u>Customer Obligations</u>.

2.1 <u>Customer Administration of the Services</u>. Customer may specify End Users as Administrators through the Admin Console. Customer is responsible for maintaining the confidentiality of passwords and Admin Accounts, and managing access to Admin Accounts. Dropbox's responsibilities do not extend to the internal management or administration of the Services for Customer. The Customer acknowledges that, if the Customer purchases the Services through a reseller and designates any of the reseller's personnel as Administrators of the Customer's Services account, the reseller may be able to control account information, including Customer Data, and access the Customer's Services account as described above.

2.2 <u>Unauthorized Use or Access</u>. Customer will prevent unauthorized use of the Services by its End Users and terminate any unauthorized use of or access to the Services. End User Accounts may only be provisioned, registered, and used by a single End User. The Services are not intended for End Users under the age of 13. Customer will ensure that it does not allow any person under 13 to use the Services. Customer will promptly notify Dropbox of any unauthorized use of or access to the Services.

2.3 <u>Restrictions</u>. Customer will not: (a) sell, resell, or lease the Services or Software; (b) use the Services or Software for activities where use or failure of the Services or Software could lead to physical damage, death, or personal injury; (c) reverse engineer the Services or Software, or attempt or assist anyone else to do so, unless this restriction is prohibited by law; or (d) use the Services or Software, including the export or re-export of Customer Data, in violation of Export Control Laws.

2.4 <u>Compliance</u>. Customer and its End Users must use the Services in compliance with the Acceptable Use Policy. Customer is responsible for use of the Services by its End Users. Customer will comply with laws and regulations applicable to Customer's use of the Services, if any. Customer will obtain and maintain from End Users any consents necessary to allow Administrators to engage in the activities described in this Agreement and to allow Dropbox to provide the Services. Customer will not store, transmit or otherwise process any information via the Services that falls within the definition of "Protected Health Information" under the HIPAA Privacy Rule (45 C.F.R. Section 164.051), unless Customer and Dropbox separately enter into a HIPAA Business Associate Agreement, which may be done via the Admin Console.

2.5 <u>Third-Party Apps and Integrations</u>. If Customer uses any third-party service or applications, such as a service that uses a Dropbox API, with the Services: (a) Dropbox will not be responsible for any act or omission of the third-party, including the third-party's access to or use of Customer Data; and (b) Dropbox does not warrant or support any service provided by the third-party.

2.6 <u>Third-Party Requests</u>.

    a. <u>Customer Responsibility</u>. Customer is responsible for responding to Third-Party Requests via its own access to information. Customer will seek to obtain information required to respond to Third-Party Requests and will contact Dropbox only if it cannot obtain such information despite diligent efforts.

    b. <u>Dropbox Responsibility</u>. Dropbox will make commercially reasonable efforts, to the extent allowed by law and by the terms of the Third-Party Request, to: (i) promptly notify Customer of Dropbox's receipt of a Third-Party Request; (ii) comply with Customer's commercially reasonable requests regarding its efforts to oppose a Third-Party Request; and (iii) provide Customer with information or tools required for Customer to respond to the Third-Party Request, if Customer is otherwise unable to obtain the information. If Customer fails to promptly respond to any Third-Party Request, then Dropbox may, but will not be obligated to do so.

3. <u>Payment</u>.

3.1 <u>Fees</u>. Customer will pay Dropbox or Customer's Reseller all applicable Fees for the Services, in the currency indicated on the Order Form. Customer authorizes Dropbox, or Customer's reseller, to charge Customer for all applicable Fees using Customer's selected payment method. Fees are non-refundable except as required by law or as otherwise specifically permitted in this Agreement.

3.2 <u>Payment</u>. Customer will pay Dropbox invoices on the payment interval set forth in the Order Form. Dropbox may suspend or terminate the Services if Fees are past due. Customer will provide complete and accurate billing and contact information to Dropbox or to Customer's Reseller.

3.3 <u>Taxes</u>. Fees are exclusive of taxes and Customer is responsible for all Taxes. Dropbox, or Customer's reseller, will charge Taxes when required to do so. If Customer provides Dropbox or its reseller with a valid exemption certificate, Dropbox or the reseller will not collect the taxes covered by that certificate.

3.4 <u>Withholding Taxes</u>. Customer will pay Dropbox or its reseller net of any applicable Withholding Taxes. Customer and Dropbox, or Customer's reseller as applicable, will work together to avoid any Withholding Tax if exemptions, or a reduced treaty withholding rate, are available. If Dropbox or Customer's reseller qualifies for a tax exemption, or a reduced treaty withholding rate, Dropbox or Customer's reseller will provide Customer with reasonable documentary proof. Customer will provide Dropbox or Customer's reseller reasonable evidence that it has paid the relevant authority for the sum withheld or deducted.

3.5 <u>Auto-renewals and Trials</u>. IF THE CUSTOMER'S ACCOUNT IS SET TO AUTO-RENEWAL OR IS IN A TRIAL PERIOD, DROPBOX (OR THE CUSTOMER'S RESELLER) MAY CHARGE AUTOMATICALLY AT THE END OF THE TRIAL OR FOR THE RENEWAL, UNLESS THE CUSTOMER NOTIFIES DROPBOX (OR THE CUSTOMER'S RESELLER, AS APPLICABLE) THAT THE CUSTOMER WANTS TO CANCEL OR DISABLE AUTO-RENEWAL. Dropbox may revise Service rates by providing the Customer at least thirty days' notice prior to the next charge.

3.6 <u>Purchase Orders</u>. If Customer requires the use of a purchase order or purchase order number, Customer: (i) must provide the purchase order number at the time of purchase; and (ii) agrees that any terms and conditions on a Customer purchase order will not apply to this Agreement and are null and void. If the Customer is purchasing via a reseller, any terms and conditions from the Customer's reseller or in a purchase order between the Customer and its reseller that conflict with the Agreement are null and void.

4. <u>Suspension</u>.

4.1 <u>Of End User Accounts by Dropbox</u>. If an End User: (a) violates this Agreement; or (b) uses the Services in a manner that Dropbox reasonably believes will cause it liability, then Dropbox may request that Customer suspend or terminate the applicable End User account. If Customer fails to promptly suspend or terminate the End User account, then Dropbox may do so.

4.2 <u>Security Emergencies</u>. Notwithstanding anything in this Agreement, if there is a Security Emergency then Dropbox may automatically suspend use of the Services. Dropbox will make commercially reasonable efforts to narrowly tailor the suspension as needed to prevent or terminate the Security Emergency.

5. <u>Intellectual Property Rights</u>.

5.1 <u>Reservation of Rights</u>. Except as expressly set forth herein, this Agreement does not grant: (a) Dropbox any Intellectual Property Rights in Customer Data; or (b) Customer any Intellectual Property Rights in the Services or Dropbox trademarks and brand features.

5.2 <u>Limited Permission</u>. Customer grants Dropbox only the limited rights that are reasonably necessary for Dropbox to provide the Services. This limited permission also extends to Subcontractors or Sub-processors.

5.3 <u>Suggestions</u>. Dropbox may use, modify, and incorporate into its products and services, license and sublicense, any feedback, comments, or suggestions on the Services that Customer or End Users may send Dropbox or post in Dropbox's forums without any obligation to Customer.

6. <u>Term</u>.

6.1 <u>Agreement Term</u>. This Agreement will remain in effect for the Term.

6.2 <u>Services Term</u>. Dropbox will provide the Services to Customer for the Services Term. Unless the parties agree otherwise in writing, End User Accounts purchased during any Services Term will have a prorated term ending on the last day of the pre-existing Services Term.

7. <u>Termination</u>.

7.1 <u>Generally</u>. Either Party may terminate this Agreement, including all Order Forms, if: (i) the other Party is in material breach of the Agreement and fails to cure that breach within thirty days after receipt of written notice; or (ii) the other Party ceases its business operations or becomes subject to insolvency proceedings and the proceedings are not dismissed within ninety days.

7.2 <u>Effects of Termination</u>. If this Agreement terminates: (a) except as set forth in this Section, the rights and licenses granted by Dropbox to Customer will cease immediately; (b) Dropbox may, at Customer's request, provide Customer access to its account at then-current fees so that Customer may export its Customer Data; and (c) after a commercially reasonable period of time, Dropbox may delete any Customer Data relating to Customer's account. The following sections will survive expiration or termination of this Agreement: 2.6 (Third Party Requests), 3 (Payment), 5 (Intellectual Property Rights), 7.2 (Effects of Termination), 8 (Indemnification), 9 (Disclaimers), 10 (Limitation of Liability), 11 (Disputes), and 12 (Miscellaneous).

8. <u>Indemnification</u>.

8.1 <u>By Customer</u>. Customer will indemnify, defend, and hold harmless Dropbox from and against all liabilities, damages, and costs (including settlement costs and reasonable attorneys' fees) arising out of any claim by a third party against Dropbox and its Affiliates regarding: (a) Customer Data; (b) Customer Domains; or (c) Customer's, or Customer's End Users', use of the Services in violation of this Agreement.

8.2 <u>By Dropbox</u>. Dropbox will indemnify, defend, and hold harmless Customer from and against all liabilities, damages, and costs (including settlement costs and reasonable attorneys' fees) arising out of any claim by a third party against Customer to the extent based on an allegation that Dropbox's technology used to provide the Services to the Customer infringes or misappropriates any copyright, trade secret, U.S. patent, or trademark right of the third party. In no event will Dropbox have any obligations or liability under this section arising from: (a) use of any Services

in a modified form or in combination with materials not furnished by Dropbox; and (b) any content, information, or data provided by Customer, End Users, or other third parties.

8.3 <u>Possible Infringement</u>. If Dropbox believes the Services or Software infringe or may be alleged to infringe a third party's Intellectual Property Rights, then Dropbox may: (a) obtain the right for Customer, at Dropbox's expense, to continue using the Services or Software; (b) provide a non-infringing functionally equivalent replacement; or (c) modify the Services or Software so that they no longer infringe. If Dropbox does not believe the options described in this section are commercially reasonable, then Dropbox may suspend or terminate Customer's use of the affected Services or Software, with a pro-rata refund of prepaid fees for the Services or Software.

8.4 <u>General</u>. The Party seeking indemnification will promptly notify the other Party of the claim and cooperate with the other Party in defending the claim. The indemnifying Party will have full control and authority over the defense, except that: (a) any settlement requiring the Party seeking indemnification to admit liability requires prior written consent, not to be unreasonably withheld or delayed; and (b) the other Party may join in the defense with its own counsel at its own expense. THE INDEMNITIES ABOVE ARE DROPBOX AND CUSTOMER'S ONLY REMEDY UNDER THIS AGREEMENT FOR VIOLATION BY THE OTHER PARTY OF A THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS.

9. <u>Disclaimers</u>.

9.1 <u>Generally</u>, THE SERVICES AND SOFTWARE ARE PROVIDED "AS IS." TO THE FULLEST EXTENT PERMITTED BY LAW, EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, NEITHER CUSTOMER NOR DROPBOX AND ITS AFFILIATES, SUPPLIERS, AND DISTRIBUTORS MAKE ANY WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE, OR NON-INFRINGEMENT. CUSTOMER IS RESPONSIBLE FOR USING THE SERVICES OR SOFTWARE IN ACCORDANCE WITH THE TERMS SET FORTH HEREIN AND BACKING UP ANY STORED DATA ON THE SERVICES.

9.2 <u>Beta Services</u>. Despite anything to the contrary in this Agreement: (a) Customer may choose to use Beta Services in its sole discretion; (b) Beta Services may not be supported and may be changed at any time without notice; (c) Beta Services may not be as reliable or available as the Services; (d) Beta Services have not been subjected to the same security measures and auditing to which the Services have been subjected; and (e) DROPBOX WILL HAVE NO LIABILITY ARISING OUT OF OR IN CONNECTION WITH BETA SERVICES - USE AT YOUR OWN RISK.

10. <u>Limitation of Liability</u>.

10.1 <u>Limitation on Indirect Liability</u>. TO THE FULLEST EXTENT PERMITTED BY LAW, EXCEPT FOR DROPBOX OR CUSTOMER'S INDEMNIFICATION OBLIGATIONS, NEITHER CUSTOMER NOR DROPBOX AND ITS AFFILIATES, SUPPLIERS, AND DISTRIBUTORS WILL BE LIABLE UNDER THIS AGREEMENT FOR (I) INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES, OR (II) LOSS OF USE, DATA, BUSINESS, REVENUES, OR PROFITS (IN EACH CASE WHETHER DIRECT OR INDIRECT), EVEN IF THE PARTY KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

10.2 <u>Limitation on Amount of Liability</u>. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX'S AGGREGATE LIABILITY UNDER THIS AGREEMENT WILL NOT EXCEED THE LESSER OF $100,000 OR THE AMOUNT PAID BY CUSTOMER TO DROPBOX HEREUNDER DURING THE TWELVE MONTHS PRIOR TO THE EVENT GIVING RISE TO LIABILITY.

11. <u>Disputes</u>.

11.1 <u>Informal Resolution</u>. Before filing a claim, each Party agrees to try to resolve the dispute by contacting the other Party through the notice procedures in Section 12.6. If a dispute is not resolved within thirty days of notice, Customer or Dropbox may bring a formal proceeding.

11.2 <u>Arbitration</u>. Customer and Dropbox agree to resolve any claims relating to this Agreement or the Services through final and binding arbitration, except as set forth below. The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules. The arbitration will be held in San Francisco (CA), or any other location both parties agree to in writing.

11.3 <u>Exception to Arbitration</u>. Either Party may bring a lawsuit in the federal or state courts of San Francisco County, California solely for injunctive relief to stop unauthorized use or abuse of the Services or infringement of Intellectual Property Rights without first engaging in the informal dispute notice process described above. Both Customer and Dropbox consent to venue and personal jurisdiction there.

11.4 <u>NO CLASS ACTIONS</u>. Customer may only resolve disputes with Dropbox on an individual basis and will not bring a claim in a class, consolidated or representative action. Class arbitrations, class actions, private attorney general actions and consolidation with other arbitrations are not allowed.

12. <u>Miscellaneous</u>.

12.1 <u>Terms Modification</u>. Dropbox may revise this Agreement from time to time and the most current version will always be posted on the Dropbox Business website. If a revision, in Dropbox's sole discretion, is material, Dropbox will notify Customer (by, for example, sending an email to the email address associated with the applicable account). Other revisions may be posted to Dropbox's blog or terms page, and Customer is responsible for checking these postings regularly. By continuing to access or use the Services after revisions become effective, Customer agrees to be bound by the revised Agreement. If Customer does not agree to the revised Agreement terms, Customer may terminate the Services within thirty days of receiving notice of the change.

12.2 <u>Entire Agreement</u>. This Agreement supersedes any prior agreements or understandings between the Parties, and constitutes the entire Agreement between the Parties related to this subject matter. All attachments to the Agreement, Customer invoices, and Order Forms executed by the Parties, are hereby incorporated into the Agreement by this reference.

12.3 <u>Interpretation of Conflicting Terms</u>. If there is a conflict between the documents that make up this Agreement, the documents will control in the following order: the invoice, the Order Form, the Agreement. The terms and conditions of this Agreement will be considered the confidential information of Dropbox, and Customer will not disclose the information to any third parties. Customer agrees that any terms and conditions on a Customer purchase order will not apply to this Agreement and are null and void. If End Users are required to click through terms of service in order to use the Services, those click through terms are subordinate to this Agreement and this Agreement will control if there is a conflict.

12.4 <u>Governing Law</u>. THE AGREEMENT WILL BE GOVERNED BY CALIFORNIA LAW EXCEPT FOR ITS CONFLICTS OF LAWS PRINCIPLES.

12.5 <u>Severability</u>. Unenforceable provisions will be modified to reflect the parties' intention and only to the extent necessary to make them enforceable, and the remaining provisions of the Agreement will remain in full effect.

12.6 <u>Notice</u>. Notices must be sent via email, first class, airmail, or overnight courier and are deemed given when received. Notices to Customer may also be sent to the applicable account email address and are deemed given when sent. Notices to Dropbox must be sent to Dropbox Legal at contractnotices@dropbox.com, with a copy to Dropbox, Inc., P.O. Box 77767, San Francisco, CA 94107, attn.: Legal Department.

12.7 <u>Waiver</u>. A waiver of any default is not a waiver of any subsequent default.

12.8 <u>Assignment</u>. Customer may not assign or transfer this Agreement or any rights or obligations under this Agreement without the written consent of Dropbox. Dropbox may not assign this Agreement without providing notice to Customer, except Dropbox may assign this Agreement or any rights or obligations under this Agreement to an Affiliate or in connection with a merger, acquisition, corporate reorganization, or sale of all or substantially all of its assets without providing notice. Any other attempt to transfer or assign is void.

12.9 <u>No Agency</u>. Dropbox and Customer are not legal partners or agents, but are independent contractors.

12.10 <u>Subcontracting</u>. Dropbox will remain liable for all acts or omissions of its Subcontractors or Sub-processors, and for any subcontracted obligations.

12.11 <u>Force Majeure</u>. Except for payment obligations, neither Dropbox nor Customer will be liable for inadequate performance to the extent caused by a condition that was beyond the Party's reasonable control (for example, natural disaster, act of war or terrorism, riot, labor condition, governmental action, and Internet disturbance).

12.12 <u>No Third-Party Beneficiaries</u>. There are no third-party beneficiaries to this Agreement. Without limiting this section, a Customer's End Users are not third-party beneficiaries to Customer's rights under this Agreement.

13. <u>Definitions</u>.

"<u>Acceptable Use Policy</u>" means the Dropbox acceptable use policy set forth at the following link, or other link that Dropbox may provide: https://www.dropbox.com/acceptable_use.

"<u>Account Data</u>" means the account and contact information submitted to the Services by Customer or End Users.

"<u>Administrator</u>" means the Customer-designated technical End User who administers the Services to End Users on Customer's behalf. Administrators may be able to access, disclose, restrict or remove Customer Data in or from End User Accounts. Administrators may also have the ability to monitor, restrict, or terminate access to End User Accounts.

"<u>Admin Account</u>" means the administrative account provided to Customer by Dropbox for the purpose of administering the Services.

"<u>Admin Console</u>" means the online tool provided by Dropbox to Customer for use in administering the Services.

"<u>Affiliate</u>" means any entity that controls, is controlled by or is under common control with a Party, where "control" means the ability to direct the management and policies of an entity.

"<u>Beta Services</u>" means services or features identified as alpha, beta, preview, early access, or evaluation, or words or phrases with similar meanings.

"<u>Customer Data</u>" means Stored Data, Account Data, and messages, comments, structured data, photos, and other content submitted to the Services by Customer or End Users.

"<u>Customer Domains</u>" means Customer's Internet domain names.

"<u>Effective Date</u>" means the date this Agreement is accepted by Customer.

"<u>End Users</u>" means users of Customer's Services account. End Users may include Customer's and its Affiliate's employees and consultants.

"<u>End User Account</u>" means a Dropbox hosted account established by Customer through the Services for an End User.

"<u>EU Data Protection Laws</u>" means those laws implementing EU Data Protection Directive (95/46/EC).

"<u>EU-US Privacy Shield Program</u>" means the EU-U.S. Privacy Shield Program framework and its principles as set forth by the US Department of Commerce and the European Commission regarding the collection, use, and retention of personal data from EU member states.

"<u>EU Standard Contractual Clauses</u>" means the EU Standard Contractual Clauses with Dropbox, Inc. for the transfer of personal data to processors set forth at the following link: https://assets.dropbox.com/documents/en-us/legal/eu-standard-clauses-dfb-011017.pdf or other link that Dropbox may provide.

10

"Excluded Features" means services or features listed here https://assets.dropbox.com/documents/en-us/legal/dfb-services-exceptions.pdf, which list may be updated from time to time by Dropbox, provided that non-Beta features incorporated in the Services as of the Effective Date will not be transitioned to the Excluded Features list during the Term.

"Export Control Laws" means all applicable export and re-export control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control, and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State.

"Fees" means the amounts invoiced to Customer by Dropbox for the Services as described on the Order Form.

"Initial Services Term" means the term for the applicable Services beginning on the Provisioning Date and continuing for the duration set forth on the Order Form.

"Intellectual Property Rights" means current and future worldwide rights under patent, copyright, trade secret, trademark, moral rights, and other similar rights.

"Order Form" means the ordering document, or ordering page, for the Services.

"Provisioning Date" is the date upon which Dropbox makes the Services available to Customer.

"Renewal Term" means, unless otherwise agreed to in writing by the Parties, the twelve-month renewal term following either the Services Initial Term, or a previous Renewal Term. Renewal Terms are set forth on the Order Form.

"Security Emergency" means: (i) use of the Services that do or could disrupt the Services, other customers' use of the Services, or the infrastructure used to provide the Services; or (ii) unauthorized third-party access to the Services.

"Services" means the services ordered by Customer and provided by Dropbox to Customer, which are described at https://www.dropbox.com/business, or other link that Dropbox may provide.

"Services Term" means the Initial Services Term and all Renewal Terms for the applicable Services.

"Software" means the client software provided as part of the Services.

"Stored Data" means the files uploaded to the Services using the Software by Customer or End Users.

"Subcontractor" means an entity to whom Dropbox subcontracts any of its obligations under this Agreement.

"Sub-processor" means an entity who agrees to process Stored Data on Dropbox's behalf, or on behalf of another Dropbox sub-processor, in order to provide the Services.

"Taxes" means any sales, use, value added, goods and services, consumption, excise, local stamp, or other tax, (including but not limited to ISS, CIDE, PIS, CONFINS), duty or other charge of any kind or nature excluding tax that is based on Dropbox's net income, associated with the Services or Software, including any related penalties or interest.

"Term" means the term of the Agreement, which will begin on the Effective Date and continue until the earlier of: (i) the end of the Services Term; or (ii) the Agreement is terminated as set forth herein.

"Third-Party Request" means a request from a third-party for records relating to an End User's use of the Services including information in or from an End User Account, or from Customer's Services account. Third-Party Requests may include valid search warrants, court orders, or subpoenas, or any other request for which there is written consent from End Users, or an End User's authorized representative, permitting a disclosure.

"Withholding Taxes" mean any Taxes Customer is required by law to withhold, which are then imposed on Dropbox, or Customer's reseller, as applicable.

**Dropbox DMCA Policy**

Dropbox ("**Dropbox**") respects the intellectual property rights of others and expects its users to do the same. In accordance with the Digital Millennium Copyright Act of 1998, the text of which may be found on the U.S. Copyright Office website at http://www.copyright.gov/legislation/dmca.pdf, Dropbox will respond expeditiously to claims of copyright infringement committed using the Dropbox service and/or the Dropbox website (the "**Site**") if such claims are reported to Dropbox's Designated Copyright Agent identified in the sample notice below.

If you are a copyright owner, authorized to act on behalf of one, or authorized to act under any exclusive right under copyright, please report alleged copyright infringements taking place on or through the Site by completing the following DMCA Notice of Alleged Infringement and delivering it to Dropbox's Designated Copyright Agent. Upon receipt of Notice as described below, Dropbox will take whatever action, in its sole discretion, it deems appropriate, including removal of the challenged content from the Site.

DMCA Notice of Alleged Infringement ("**Notice**")

1. Identify the copyrighted work that you claim has been infringed, or - if multiple copyrighted works are covered by this Notice - you may provide a representative list of the copyrighted works that you claim have been infringed.

2. Identify the material or link you claim is infringing (or the subject of infringing activity) and to which access is to be disabled, including at a minimum, if applicable, the URL of the link shown on the Site or the exact location where such material may be found.

3. Provide your company affiliation (if applicable), mailing address, telephone number, and, if available, email address.

4. Include both of the following statements in the body of the Notice:

   ○ "I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use)."

   ○ "I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of, the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed."

5. Provide your full legal name and your electronic or physical signature.

Deliver this Notice, with all items completed, to Dropbox's Designated Copyright Agent:

Copyright Agent
Dropbox Inc.
333 Brannan Street
San Francisco, CA 94107

**Submit DMCA notice**

## Dropbox Acceptable Use Policy

Dropbox is used by millions of people, and we're proud of the trust placed in us. In exchange, we trust you to use our services responsibly.

You agree not to misuse the Dropbox services ("Services") or help anyone else to do so. For example, you must not even try to do any of the following in connection with the Services:

- probe, scan, or test the vulnerability of any system or network;

- breach or otherwise circumvent any security or authentication measures;

- access, tamper with, or use non-public areas or parts of the Services, or shared areas of the Services you haven't been invited to;

- interfere with or disrupt any user, host, or network, for example by sending a virus, overloading, flooding, spamming, or mail-bombing any part of the Services;

- access, search, or create accounts for the Services by any means other than our publicly supported interfaces (for example, "scraping" or creating accounts in bulk);

- send unsolicited communications, promotions or advertisements, or spam;

- send altered, deceptive or false source-identifying information, including "spoofing" or "phishing";

- promote or advertise products or services other than your own without appropriate authorization;

- abuse referrals or promotions to get more storage space than deserved;

- circumvent storage space limits;

- sell the Services unless specifically authorized to do so;

- publish or share materials that are unlawfully pornographic or indecent, or that contain extreme acts of violence;

- advocate bigotry or hatred against any person or group of people based on their race, religion, ethnicity, sex, gender identity, sexual preference, disability, or impairment;

- violate the law in any way, including storing, publishing or sharing material that's fraudulent, defamatory, or misleading; or

- violate the privacy or infringe the rights of others.

| Dropbox | About us | Support | Community | |
|---------|----------|---------|-----------|--|
| Install | Dropbox Blog | Help Center | Referrals | 🌐 English (United States) ▲ |
| Mobile | About | Contact us | Forum | |
| Pricing | Branding | Copyright | Twitter | |
| Business | News | Cookies | Facebook | |
| Enterprise | Jobs | Privacy & Terms | Developers | |
| Features | | Sitemap | | |

# EXHIBIT N

# EXHIBIT N



**Dropbox Terms of Service**

Posted: April 17, 2018

Effective: May 25, 2018

Thanks for using Dropbox! These terms of service ("**Terms**") cover your use and access to our services, client software and websites ("**Services**"). If you reside outside of the United States of America, Canada and Mexico ("**North America**") your agreement is with Dropbox International Unlimited Company, and if you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, our Privacy Policy, and Acceptable Use Policy. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

**Your Stu.  & Your Permissions**

When you use our Services, you provide us with things like your files, content, messages, contacts, and so on ("**Your Stuff**"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, commenting, easy sorting, editing, sharing, and searching. These and other features may require our systems to access, store, and scan Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Sharing Your Stuff**

Our Services let you share Your Stuff with others, so please think carefully about what you share.

**Your Responsibilities**

You're responsible for your conduct. Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download, or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Help us keep you informed and Your Stuff protected. Safeguard your password to the Services, and keep your account information current. Don't share your account credentials or give others access to your account.

You may use our Services only as permitted by applicable law, including export control laws and regulations. Finally, to use our Services, you must be at least 13, or in some cases, even older. If you live in France, Germany, or the Netherlands, you must be at least 16. Please check your local law for the age of digital consent. If you don't meet these age requirements, you may not use the Services.

**Software**

Some of our Services allow you to download client software ("**Software**") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Beta Services**

We sometimes release products and features that we are still testing and evaluating. Those Services have been marked beta, preview, early access, or evaluation (or with words or phrases with similar meanings) and may not be as reliable as Dropbox's other services, so please keep that in mind.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title, or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
333 Brannan Street
San Francisco, CA 94107
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. If you're on an annual plan, we'll send you a notice email reminding you that your plan is about to renew within a reasonable period of time prior to the renewal date. You're responsible for all applicable taxes, and we'll charge tax when required to do so. Some countries have mandatory local laws regarding your cancellation rights, and this paragraph doesn't override these laws.

*No Refunds.* You may cancel your Dropbox Paid Account at any time. Refunds are only issued if required by law. For example, users living in the European Union have the right to cancel their Paid Account subscriptions within 14 days of signing up for, upgrading to, or renewing a Paid Account.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox Teams**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your organization, your organization may be able to block your use of Dropbox until you transition to an account on a Dropbox team (e.g., Dropbox Business or Dropbox Education plans) or you associate your Dropbox account with a personal email address.

*Using Dropbox Teams.* If you join a Dropbox team, you must use it in compliance with your organization's terms and policies. Please note that Dropbox team accounts are subject to your organization's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox team account. They may also be able to restrict or terminate your access to a Dropbox team account. If you convert an existing Dropbox account into part of a Dropbox team, your administrators may prevent you from later disassociating your account from the Dropbox team.

**Termination**

You're free to stop using our Services at any time. We reserve the right to suspend or terminate your access to the Services with notice to you if:

> (a) you're in breach of these Terms,

> (b) you're using the Services in a manner that would cause a real risk of harm or loss to us or other users, or

> (c) you don't have a Paid Account and haven't accessed our Services for 12 consecutive months.

We'll provide you with reasonable advance notice via the email address associated with your account to remedy the activity that prompted us to contact you and give you the opportunity to export Your Stuff from our Services. If after such notice you fail to take the steps we ask of you, we'll terminate or suspend your access to the Services.

We won't provide notice before termination where:

> (a) you're in material breach of these Terms,

> (b) doing so would cause us legal liability or compromise our ability to provide the Services to our other users, or

> (c) we're prohibited from doing so by law.

**Discontinuation of Services**

We may decide to discontinue the Services in response to unforeseen circumstances beyond Dropbox's control or to comply with a legal requirement. If we do so, we'll give you reasonable prior notice so that you can export Your Stuff from our systems. If we

2

discontinue Services in this way before the end of any fixed or minimum term you have paid us for, we'll refund the portion of the fees you have pre-paid but haven't received Services for.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO—THIS INCLUDES ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD OR FRAUDULENT MISREPRESENTATION IN PROVIDING THE SERVICES. IN COUNTRIES WHERE THE FOLLOWING TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WON'T BE LIABLE FOR:

      i. ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR

      ii. ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THESE EXCLUSIONS OR LIMITATIONS WILL APPLY REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES.

IF YOU USE THE SERVICES FOR ANY COMMERCIAL, BUSINESS, OR RE-SALE PURPOSE, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WILL HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY. DROPBOX AND ITS AFFILIATES AREN'T RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF THE SERVICES.

OTHER THAN FOR THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), WE LIMIT OUR LIABILITY TO YOU TO THE GREATER OF $20 USD OR 100% OF ANY AMOUNT YOU'VE PAID UNDER YOUR CURRENT SERVICE PLAN WITH DROPBOX.

**Resolving Disputes**

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial forum for disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts. If you reside in a country (for example, European Union member states) with laws that give consumers the right to bring disputes in their local courts, this paragraph doesn't affect those requirements.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

    *We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration by a single arbitrator, except as set forth under Exceptions to Agreement to Arbitrate below. This includes disputes arising out of or relating to interpretation or application of this "Mandatory Arbitration Provisions" section, including its enforceability, revocability, or validity.

    *Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first registering your account. However, if you agreed to a previous version of these Terms that allowed you to opt out of arbitration, your previous choice to opt out or not opt out remains binding.

    *Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

    *Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for individual arbitration for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award.

3

Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

**NO CLASS ACTIONS**. You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed. If this specific paragraph is held unenforceable, then the entirety of this "Mandatory Arbitration Provisions" section will be deemed void.

### Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles. However, some countries (including those in the European Union) have laws that require agreements to be governed by the local laws of the consumer's country. This paragraph doesn't override those laws.

### Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

### Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

### Modifications

We may revise these Terms from time to time to better reflect:

> (a) changes to the law,

> (b) new regulatory requirements, or

> (c) improvements or enhancements made to our Services.

If an update affects your use of the Services or your legal rights as a user of our Services, we'll notify you prior to the update's effective date by sending an email to the email address associated with your account or via an in-product notification. These updated terms will be effective no less than 30 days from when we notify you.

If you don't agree to the updates we make, please cancel your account before they become effective. Where applicable, we'll offer you a prorated refund based on the amounts you have prepaid for Services and your account cancellation date. By continuing to use or access the Services after the updates come into effect, you agree to be bound by the revised Terms.

**Dropbox**

Install

Mobile

Pricing

Business

Enterprise

Features

**About us**

Dropbox Blog

About

Branding

News

Jobs

**Support**

Help Center

Contact us

Copyright

Cookies

Privacy & Terms

Sitemap

**Community**

Referrals

Forum

Twitter

Facebook

Developers

English (United States)

# **EXHIBIT O**

# **EXHIBIT O**



Sign in

**Dropbox Terms of Service**

Posted: April 16, 2019

Effective: April 16, 2019

Thanks for using Dropbox! These terms of service ("**Terms**") cover your use and access to our services, client software and websites ("**Services**"). If you reside outside of the United States of America, Canada and Mexico ("**North America**") your agreement is with Dropbox International Unlimited Company, and if you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, our Privacy Policy, and Acceptable Use Policy. If you're using our Services for an organization, you're agreeing to these Terms on behalf of that organization.

**Your Stu.  & Your Permissions**

When you use our Services, you provide us with things like your files, content, messages, contacts, and so on ("**Your Stuff**"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like photo thumbnails, document previews, commenting, easy sorting, editing, sharing, and searching. These and other features may require our systems to access, store, and scan Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Sharing Your Stuff**

Our Services let you share Your Stuff with others, so please think carefully about what you share.

**Your Responsibilities**

You're responsible for your conduct. Your Stuff and you must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download, or share content unless you have the right to do so.

We may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. With that said, we have no obligation to do so. We aren't responsible for the content people post and share via the Services.

Help us keep you informed and Your Stuff protected. Safeguard your password to the Services, and keep your account information current. Don't share your account credentials or give others access to your account.

You may use our Services only as permitted by applicable law, including export control laws and regulations. Finally, to use our Services, you must be at least 13, or in some cases, even older. If you live in France, Germany, or the Netherlands, you must be at least 16. Please check your local law for the age of digital consent. If you don't meet these age requirements, you may not use the Services.

**Software**

Some of our Services allow you to download client software ("**Software**") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Beta Services**

We sometimes release products and features that we are still testing and evaluating. Those Services have been marked beta, preview, early access, or evaluation (or with words or phrases with similar meanings) and may not be as reliable as Dropbox's other services, so please keep that in mind.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title, or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
333 Brannan Street
San Francisco, CA 94107
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. If you're on an annual plan, we'll send you a notice email reminding you that your plan is about to renew within a reasonable period of time prior to the renewal date. You're responsible for all applicable taxes, and we'll charge tax when required to do so. Some countries have mandatory local laws regarding your cancellation rights, and this paragraph doesn't override these laws.

*No Refunds.* You may cancel your Dropbox Paid Account at any time. Refunds are only issued if required by law. For example, users living in the European Union have the right to cancel their Paid Account subscriptions within 14 days of signing up for, upgrading to, or renewing a Paid Account.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or reduce your storage to free space levels.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox Teams**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your organization, your organization may be able to block your use of Dropbox until you transition to an account on a Dropbox team (e.g., Dropbox Business or Dropbox Education plans) or you associate your Dropbox account with a personal email address.

*Using Dropbox Teams.* If you join a Dropbox team, you must use it in compliance with your organization's terms and policies. Please note that Dropbox team accounts are subject to your organization's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox team account. They may also be able to restrict or terminate your access to a Dropbox team account. If you convert an existing Dropbox account into part of a Dropbox team, your administrators may prevent you from later disassociating your account from the Dropbox team.

**Termination**

You're free to stop using our Services at any time. We reserve the right to suspend or terminate your access to the Services with notice to you if:

> (a) you're in breach of these Terms,

> (b) your use of the Services in a manner that would cause a real risk of harm or loss to us or other users, or

> (c) you don't have a Paid Account and haven't accessed our Services for 12 consecutive months.

We'll provide you with reasonable advance notice via the email address associated with your account to remedy the activity that prompted us to contact you and give you the opportunity to export Your Stuff from our Services. If after such notice you fail to take the steps we ask of you, we'll terminate or suspend your access to the Services.

We won't provide notice before termination where:

> (a) you're in material breach of these Terms,

> (b) doing so would cause us legal liability or compromise our ability to provide the Services to our other users, or

> (c) we're prohibited from doing so by law.

**Discontinuation of Services**

We may decide to discontinue the Services in response to unforeseen circumstances beyond Dropbox's control or to comply with a legal requirement. If we do so, we'll give you reasonable prior notice so that you can export Your Stuff from our systems. If we

2

discontinue Services in this way before the end of any fixed or minimum term you have paid us for, we'll refund the portion of the fees you have pre-paid but haven't received Services for.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO—THIS INCLUDES ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD OR FRAUDULENT MISREPRESENTATION IN PROVIDING THE SERVICES. IN COUNTRIES WHERE THE FOLLOWING TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WON'T BE LIABLE FOR:

> i. ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR
>
> ii. ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THESE EXCLUSIONS OR LIMITATIONS WILL APPLY REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES.

IF YOU USE THE SERVICES FOR ANY COMMERCIAL, BUSINESS, OR RE-SALE PURPOSE, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WILL HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY. DROPBOX AND ITS AFFILIATES AREN'T RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF THE SERVICES.

OTHER THAN FOR THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), WE LIMIT OUR LIABILITY TO YOU TO THE GREATER OF $20 USD OR 100% OF ANY AMOUNT YOU'VE PAID UNDER YOUR CURRENT SERVICE PLAN WITH DROPBOX.

**Resolving Disputes**

*Let's Try To Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial forum for disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts. If you reside in a country (for example, European Union member states) with laws that give consumers the right to bring disputes in their local courts, this paragraph doesn't affect those requirements.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

> *We Both Agree To Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration by a single arbitrator, except as set forth under Exceptions to Agreement to Arbitrate below. This includes disputes arising out of or relating to interpretation or application of this "Mandatory Arbitration Provisions" section, including its enforceability, revocability, or validity.
>
> *Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first registering your account. However, if you agreed to a previous version of these Terms that allowed you to opt out of arbitration, your previous choice to opt out or not opt out remains binding.
>
> *Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.
>
> *Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for individual arbitration for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award.

Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

***NO CLASS ACTIONS***. You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed. If this specific paragraph is held unenforceable, then the entirety of this "Mandatory Arbitration Provisions" section will be deemed void.

## Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles. However, some countries (including those in the European Union) have laws that require agreements to be governed by the local laws of the consumer's country. This paragraph doesn't override those laws.

## Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

## Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

## Modifications

We may revise these Terms from time to time to better reflect:

> (a) changes to the law,

> (b) new regulatory requirements, or

> (c) improvements or enhancements made to our Services.

If an update affects your use of the Services or your legal rights as a user of our Services, we'll notify you prior to the update's effective date by sending an email to the email address associated with your account or via an in-product notification. These updated terms will be effective no less than 30 days from when we notify you.

If you don't agree to the updates we make, please cancel your account before they become effective. Where applicable, we'll offer you a prorated refund based on the amounts you have prepaid for Services and your account cancellation date. By continuing to use or access the Services after the updates come into effect, you agree to be bound by the revised Terms.

**Dropbox**

Install

Mobile

Pricing

Business

Enterprise

Features

**About us**

Dropbox Blog

About

Branding

News

Jobs

**Support**

Help Center

Contact us

Copyright

Cookies

Privacy & Terms

Sitemap

**Community**

Referrals

Forum

Twitter

Facebook

Developers

English (United States)

# **EXHIBIT P**

# **EXHIBIT P**



**Dropbox Terms of Service**

Posted: July 25, 2019

Effective: September 24, 2019

You can see your previous Terms here.

Thanks for using Dropbox! Our mission is to create a more enlightened way of working by providing an intuitive, unified platform to keep your content safe and accessible while helping you and those you work with stay coordinated and in sync. These terms of service ("**Terms**") cover your use and access to our services, client software and websites ("**Services**"). If you reside outside of the United States of America, Canada and Mexico ("**North America**") your agreement is with Dropbox International Unlimited Company. If you reside in North America your agreement is with Dropbox, Inc. Our Privacy Policy explains how we collect and use your information while our Acceptable Use Policy outlines your responsibilities when using our Services. By using our Services, you're agreeing to be bound by these Terms, our Privacy Policy, and Acceptable Use Policy.

**Your Stu. & Your Permissions**

When you use our Services, you provide us with things like your files, content, messages, contacts, and so on ("**Your Stuff**"). Your Stuff is yours. These Terms don't give us any rights to Your Stuff except for the limited rights that enable us to offer the Services.

We need your permission to do things like hosting Your Stuff, backing it up, and sharing it when you ask us to. Our Services also provide you with features like commenting, sharing, searching, image thumbnails, document previews, optical character recognition (OCR), easy sorting and organization, and personalization to help reduce busywork. To provide these and other features, Dropbox accesses, stores, and scans Your Stuff. You give us permission to do those things, and this permission extends to our affiliates and trusted third parties we work with.

**Your Responsibilities**

Your use of our Services must comply with our Acceptable Use Policy. Content in the Services may be protected by others' intellectual property rights. Please don't copy, upload, download, or share content unless you have the right to do so.

Dropbox may review your conduct and content for compliance with these Terms and our Acceptable Use Policy. We aren't responsible for the content people post and share via the Services.

Help us keep Your Stuff protected. Safeguard your password to the Services, and keep your account information current. Don't share your account credentials or give others access to your account.

You may use our Services only as permitted by applicable law, including export control laws and regulations. Finally, to use our Services, you must be at least 13 (or older, depending on where you live).

**Software**

Some of our Services allow you to download client software ("**Software**") which may update automatically. So long as you comply with these Terms, we give you a limited, nonexclusive, nontransferable, revocable license to use the Software, solely to access the Services. To the extent any component of the Software may be offered under an open source license, we'll make that license available to you and the provisions of that license may expressly override some of these Terms. Unless the following restrictions are prohibited by law, you agree not to reverse engineer or decompile the Services, attempt to do so, or assist anyone in doing so.

**Beta Services**

We sometimes release products and features that we're still testing and evaluating ("Beta Services"). Beta Services are labeled "alpha," "beta," "preview," "early access," or "evaluation" (or with words or phrases with similar meanings) and may not be as reliable as Dropbox's other services. Beta Services are made available so that we can collect user feedback, and by using our Beta Services, you agree that we may contact you to collect such feedback.

Beta Services are confidential until official launch. If you use any Beta Services, you agree not to disclose any information about those Services to anyone else without our permission.

**Our Stuff**

The Services are protected by copyright, trademark, and other US and foreign laws. These Terms don't grant you any right, title, or interest in the Services, others' content in the Services, Dropbox trademarks, logos and other brand features. We welcome feedback, but note that we may use comments or suggestions without any obligation to you.

**Copyright**

We respect the intellectual property of others and ask that you do too. We respond to notices of alleged copyright infringement if they comply with the law, and such notices should be reported using our Copyright Policy. We reserve the right to delete or disable content alleged to be infringing and terminate accounts of repeat infringers. Our designated agent for notice of alleged copyright infringement on the Services is:

Copyright Agent
Dropbox, Inc.
1800 Owens St
San Francisco, CA 94158
copyright@dropbox.com

**Paid Accounts**

*Billing.* You can increase your storage space and add paid features to your account (turning your account into a "Paid Account"). We'll automatically bill you from the date you convert to a Paid Account and on each periodic renewal until cancellation. If you're on an annual plan, we'll send you a notice email reminding you that your plan is about to renew within a reasonable period of time prior to the renewal date. You're responsible for all applicable taxes, and we'll charge tax when required to do so. Some countries have mandatory local laws regarding your cancellation rights, and this paragraph doesn't override these laws.

*No Refunds.* You may cancel your Dropbox Paid Account at any time. Refunds are only issued if required by law. For example, users living in the European Union have the right to cancel their Paid Account subscriptions within 14 days of signing up for, upgrading to, or renewing a Paid Account.

*Downgrades.* Your Paid Account will remain in effect until it's cancelled or terminated under these Terms. If you don't pay for your Paid Account on time, we reserve the right to suspend it or remove Paid Account features.

*Changes.* We may change the fees in effect but will give you advance notice of these changes via a message to the email address associated with your account.

**Dropbox Business Teams**

*Email address.* If you sign up for a Dropbox account with an email address provisioned by your organization, your organization may be able to block your use of Dropbox until you transition to an account on a Dropbox Business or Education team (collectively, "Dropbox Business Team") or you associate your Dropbox account with a personal email address.

*Using Dropbox Business Teams.* If you join a Dropbox Business Team, you must use it in compliance with your organization's terms and policies. Please note that Dropbox Business Team accounts are subject to your organization's control. Your administrators may be able to access, disclose, restrict, or remove information in or from your Dropbox Business Team account. They may also be able to restrict or terminate your access to a Dropbox Business Team account. If you convert an existing Dropbox account into part of a Dropbox Business Team, your administrators may prevent you from later disassociating your account from the Dropbox Business Team.

**Termination**

You're free to stop using our Services at any time. We reserve the right to suspend or terminate your access to the Services with notice to you if:

      (a) you're in breach of these Terms,

      (b) your use of the Services would cause a real risk of harm or loss to us or other users, or

      (c) you don't have a Paid Account and haven't accessed our Services for 12 consecutive months.

We'll provide you with reasonable advance notice via the email address associated with your account to remedy the activity that prompted us to contact you and give you the opportunity to export Your Stuff from our Services. If after such notice you fail to take the steps we ask of you, we'll terminate or suspend your access to the Services.

We won't provide notice before termination where:

      (a) you're in material breach of these Terms,

      (b) doing so would cause us legal liability or compromise our ability to provide the Services to our other users, or

      (c) we're prohibited from doing so by law.

**Discontinuation of Services**

We may decide to discontinue the Services in response to unforeseen circumstances beyond Dropbox's control or to comply with a legal requirement. If we do so, we'll give you reasonable prior notice so that you can export Your Stuff from our systems. If we

discontinue the Services in this way before the end of any fixed or minimum term you have paid us for, we'll refund the portion of the fees you have pre-paid but haven't received Services for.

**Services "AS IS"**

We strive to provide great Services, but there are certain things that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DROPBOX AND ITS AFFILIATES, SUPPLIERS AND DISTRIBUTORS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. Some places don't allow the disclaimers in this paragraph, so they may not apply to you.

**Limitation of Liability**

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO—THIS INCLUDES ANY LIABILITY FOR DROPBOX'S OR ITS AFFILIATES' FRAUD OR FRAUDULENT MISREPRESENTATION IN PROVIDING THE SERVICES. IN COUNTRIES WHERE THE FOLLOWING TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WON'T BE LIABLE FOR:

      i. ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR

      ii. ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS, REGARDLESS OF LEGAL THEORY.

THESE EXCLUSIONS OR LIMITATIONS WILL APPLY REGARDLESS OF WHETHER OR NOT DROPBOX OR ANY OF ITS AFFILIATES HAS BEEN WARNED OF THE POSSIBILITY OF SUCH DAMAGES.

IF YOU USE THE SERVICES FOR ANY COMMERCIAL, BUSINESS, OR RE-SALE PURPOSE, DROPBOX, ITS AFFILIATES, SUPPLIERS OR DISTRIBUTORS WILL HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY. DROPBOX AND ITS AFFILIATES AREN'T RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF THE SERVICES.

OTHER THAN FOR THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), WE LIMIT OUR LIABILITY TO YOU TO THE GREATER OF $20 USD OR 100% OF ANY AMOUNT YOU'VE PAID UNDER YOUR CURRENT SERVICE PLAN WITH DROPBOX.

**Resolving Disputes**

*Let's Try to Sort Things Out First.* We want to address your concerns without needing a formal legal case. Before filing a claim against Dropbox, you agree to try to resolve the dispute informally by contacting dispute-notice@dropbox.com. We'll try to resolve the dispute informally by contacting you via email. If a dispute is not resolved within 15 days of submission, you or Dropbox may bring a formal proceeding.

*Judicial Forum for Disputes.* You and Dropbox agree that any judicial proceeding to resolve claims relating to these Terms or the Services will be brought in the federal or state courts of San Francisco County, California, subject to the mandatory arbitration provisions below. Both you and Dropbox consent to venue and personal jurisdiction in such courts. If you reside in a country (for example, a member state of the European Union) with laws that give consumers the right to bring disputes in their local courts, this paragraph doesn't affect those requirements.

**IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:**

    *We Both Agree to Arbitrate.* You and Dropbox agree to resolve any claims relating to these Terms or the Services through final and binding arbitration by a single arbitrator, except as set forth under Exceptions to Agreement to Arbitrate below. This includes disputes arising out of or relating to interpretation or application of this "Mandatory Arbitration Provisions" section, including its enforceability, revocability, or validity.

    *Opt-out of Agreement to Arbitrate.* You can decline this agreement to arbitrate by clicking here and submitting the opt-out form within 30 days of first registering your account. However, if you agreed to a previous version of these Terms that allowed you to opt out of arbitration, your previous choice to opt out or not opt out remains binding.

    *Arbitration Procedures.* The American Arbitration Association (AAA) will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States county where you live or work, San Francisco (CA), or any other location we agree to.

    *Arbitration Fees and Incentives.* The AAA rules will govern payment of all arbitration fees. Dropbox will pay all arbitration fees for individual arbitration for claims less than $75,000. If you receive an arbitration award that is more favorable than any offer we make to resolve the claim, we will pay you $1,000 in addition to the award.

3

Dropbox will not seek its attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous.

*Exceptions to Agreement to Arbitrate.* Either you or Dropbox may assert claims, if they qualify, in small claims court in San Francisco (CA) or any United States county where you live or work. Either party may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Services, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above. If the agreement to arbitrate is found not to apply to you or your claim, you agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California to resolve your claim.

***NO CLASS ACTIONS***. You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations aren't allowed. If this specific paragraph is held unenforceable, then the entirety of this "Mandatory Arbitration Provisions" section will be deemed void.

## Controlling Law

These Terms will be governed by California law except for its conflicts of laws principles. However, some countries (including those in the European Union) have laws that require agreements to be governed by the local laws of the consumer's country. This paragraph doesn't override those laws.

## Entire Agreement

These Terms constitute the entire agreement between you and Dropbox with respect to the subject matter of these Terms, and supersede and replace any other prior or contemporaneous agreements, or terms and conditions applicable to the subject matter of these Terms. These Terms create no third party beneficiary rights.

## Waiver, Severability & Assignment

Dropbox's failure to enforce a provision is not a waiver of its right to do so later. If a provision is found unenforceable, the remaining provisions of the Terms will remain in full effect and an enforceable term will be substituted reflecting our intent as closely as possible. You may not assign any of your rights under these Terms, and any such attempt will be void. Dropbox may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

## Modifications

We may revise these Terms from time to time to better reflect:

> (a) changes to the law,

> (b) new regulatory requirements, or

> (c) improvements or enhancements made to our Services.

If an update affects your use of the Services or your legal rights as a user of our Services, we'll notify you prior to the update's effective date by sending an email to the email address associated with your account or via an in-product notification. These updated terms will be effective no less than 30 days from when we notify you.

If you don't agree to the updates we make, please cancel your account before they become effective. Where applicable, we'll offer you a prorated refund based on the amounts you have prepaid for Services and your account cancellation date. By continuing to use or access the Services after the updates come into effect, you agree to be bound by the revised Terms.

**Dropbox**

Install

Mobile

Pricing

Business

Enterprise

Features

**About us**

Dropbox Blog

About

Branding

News

Jobs

**Support**

Help Center

Contact us

Copyright

Cookies

Privacy & Terms

Sitemap

**Community**

Referrals

Forum

Twitter

Facebook

Developers

English (United States)