Michele Floyd (SBN 163031)
mfloyd@srclaw.com
Adrianna A. Rubino (SBN 300951)
arubino@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

Attorneys for Defendant Dropbox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:20-cv-07908-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DROPBOX, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:　January 20, 2022<br>Time:　2:00 p.m.<br>Dept.:　Courtroom 2 – 4th Floor<br>Judge:　Hon. Haywood S. Gilliam, Jr. |

-2-

    Defendant Dropbox, Inc.'s ("Dropbox") Motion to Compel Arbitration came on regularly for hearing on January 20, 2022 in Courtroom 2 – 4th Floor of the above-referenced court, the Honorable Haywood S. Gilliam, Jr. presiding.  Plaintiff David Angel Sifuentes III ("Plaintiff") appeared *pro se* and Michele Floyd of Sacks, Ricketts & Case LLP appeared on behalf of Dropbox.

    Having read and considered the moving papers, opposition, reply, evidence submitted by the parties, arguments presented by the parties and counsel, and all other information bearing on the matter, and for good cause appearing:

    **IT IS HEREBY ORDERED** that Dropbox's Motion to Compel Arbitration is granted.  It is further ordered that this litigation is stayed pending arbitration.

    **IT IS SO ORDERED.**

Dated: _____     _____

Honorable Haywood S. Gilliam, Jr.
United States District Court, Northern
District of California