1  Michele Floyd (SBN 163031)
   mfloyd@srclaw.com
2  Adrianna A. Rubino (SBN 300951)
   arubino@srclaw.com
3  **SACKS, RICKETTS & CASE LLP**
   177 Post Street, Suite 650
4  San Francisco, CA 94108
   Telephone: 415-549-0580
5  Facsimile: 415-549-0640

6  Attorneys for Defendant Dropbox, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID ANGEL SIFUENTES III,        | CASE NO. 4:20-cv-07908-HSG
12 |         Plaintiff,                |
                                       | **CERTIFICATE OF SERVICE**
13 | v.                                |
14 | DROPBOX, INC.,                    |
15 |         Defendant.                |

-1-

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over 18 years of age and am not a party to the within action. My business address is 177 Post Street, Suite 650, San Francisco, CA 94108.

On September 20, 2021 I served the foregoing document described as:

**DEFENDANT DROPBOX, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF WENDY WEBER IN SUPPORT OF DEFENDANT DROPBOX, INC.'S MOTION TO COMPEL ARBITRATION**

**[PROPOSED] ORDER GRANTING DEFENDANT DROPBOX, INC.'S MOTION TO COMPEL ARBITRATION**

on the following interested parties to this cause as follows:

**Pro Se Plaintiff**
David Angel Sifuentes, III
224 Gold Ave. N.W.
Grand Rapids, MI 49504
Email: davidsifuentes61@yahoo.com

METHOD OF SERVICE

☒   MAIL: I placed the above document(s) in a sealed envelope and deposited such envelope(s) in the mail at San Francisco. The envelope(s) was/were mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing of mail, which would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or meter date is more than one business day after date of deposit for mailing in affidavit.

☐ PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ OVERNIGHT COURIER: I sent such document(s) on September 20, 2021 with postage thereon fully prepaid at San Francisco, California.

☒   E-MAIL: I sent such document(s) via email to the person(s) listed above at the email addresses set forth above.

1   I declare that I am employed in the office of a member of the bar who is admitted to practice before this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2021 at San Francisco, California.

_____
Jessica Talavera-Rauh