**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
OCT 1 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

DAVID ANGEL SIFUENTES III,
    Plaintiff,

V.

DROPBOX, INC.,
    Defendant.
_____/

CASE NO. 4:20-cv-07908

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

## PLAINTIFFS DECLARATION IN SUPPORT OF OPPOSITION TO COMPEL ARBITRATION

I, David Angel Sifuentes III, pursuant to 28 U.S.C. § 1746, hereby certify to the best of my knowledge, information, and belief that:

1. The facts, law and documents in the opposition to compel arbitration is not being presented for an improper purpose and is presented in the best of my ability and knowledge.

2. I never opened up, clicked on, or visited any hyperlink, read any of the updated terms and conditions concerning the March 2014 arbitration clause that was added and never agreed to arbitrate in any way.

3. Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law.

4. The factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

5. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 27th day of September 2021.

_____
David Angel Sifuentes III

1