UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES,<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>Defendant. | Case No. 20-cv-07908-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL FOR ADR AND REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT**<br><br>Re: Dkt. No. 73 |

Pending before the Court is Plaintiff's motion to appoint counsel to assist him with the ADR settlement process. In order to facilitate the settlement process, the Court has determined Plaintiff would benefit from counsel to assist him in the ADR proceeding and **GRANTS** his motion as set forth below:

1. The clerk shall forward the referral order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for:

   ( ) all purposes for the duration of the case

   (X) the limited purpose of representing the litigant in the course of

       (X) mediation

       ( ) early neutral evaluation

       ( ) settlement conference

       ( ) briefing ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

       ( x ) discovery as follows: discovery reasonably pertinent to the ADR process.

       ( ) other:

2. Upon being notified by the Project that an attorney has been located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

**IT IS SO ORDERED.**

Dated:   8/18/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge