UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ANGEL SIFUENTES, | ) | |
|     Plaintiff, | ) | Case Number:  4:20-cv-07908-HSG |
| | ) | |
| v. | ) | |
| | ) | ORDER APPOINTING COUNSEL; |
| DROPBOX, INC., | ) | STAYING PROCEEDINGS |
|     Defendant. | ) | |
| | ) | |

    Because Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the below listed attorney is hereby appointed as counsel for Mr. Sifuentes in this matter:

    Xinying Valerian (California SBN 254890)    Valerian Law, P.C.
                                                                     1530 Solano Avenue
                                                                     Albany, CA 94707

    The scope of this referral shall be for:

- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
    - ☒ mediation
    - ☐ early neutral evaluation
    - ☐ settlement conference
    - ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    _____
    - ☒ discovery as follows: <u>Discovery reasonably pertinent to the ADR process</u>_____
    - ☐ other: _____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: 9/7/2022

Honorable HAYWOOD S. GILLIAM, JR.
United States District Judge