1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                            OAKLAND DIVISION
11
12  DAVID ANGEL SIFUENTES III,           Case No. 4:20-cv-07908-HSG
13             Plaintiff,                **ORDER GRANTING
                                         SUBSTITUTION OF COUNSEL**
14        v.
                                         Judge:   Hon. Haywood S. Gilliam, Jr.
15  DROPBOX, INC.,
16             Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING SUBSTITUTION OF COUNSEL
CASE NO. 4:20-CV-07908-HSG

1 | The Substitution of Attorney submitted by Defendant DROPBOX, INC. to submit Michele Floyd of Kilpatrick Townsend & Stockton LLP as their attorney of record in place of Adrianna A. Rubino and the law firm of Ricketts Case, LLP is

HEREBY APPROVED and SO ORDERED.

Dated: 10/4/2022

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge