**KILPATRICK TOWNSEND & STOCKTON LLP**
Michele Floyd (State Bar No. 163031)
mfloyd@kilpatricktownsend.com
Samuel Z. Hyams (State Bar No. 317941)
shyams@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendant
DROPBOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:20-cv-07908-HSG<br><br>**JOINT STIPULATION TO CONTINUE CASE DEADLINES AND STAY LITIGATION; ORDER**<br><br>Dept.: Courtroom 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

**JOINT STIPULATION**

Plaintiff David Angel Sifuentes III ("Plaintiff") and Defendant Dropbox, Inc. ("Dropbox"), by and through their respective attorneys of record, stipulate and agree as follows:

1. The Court denied Dropbox's motion to compel arbitration by order dated June 29, 2022 ("Order").

2. On July 19, 2022, the Court issued a Scheduling Order (Dkt. No. 61) and ordered the parties to participate in a court-connected mediation within 120 days.

3. Dropbox moved for leave to file a motion for reconsideration of the Order, which the Court denied on August 16, 2022.

4. On September 7, 2022, the Court stayed this matter for four (4) weeks. The stay lifts on October 5, 2022.

5. Dropbox filed a notice of appeal on September 9, 2022.

6. The parties have provided available mediation dates in November to the ADR case administrator and are awaiting appointment of a mediator.

7. The parties agree and stipulate that the stay continue in effect until November 30, 2022 and that all currently scheduled pretrial dates set forth in Dkt. No. 61 be continued for eight (8) weeks to afford the parties time to mediate the case without the further expenditure of resources.

IT IS THEREFORE STIPULATED by and between the parties, through their respective attorneys of record, that the stay continue in effect until November 30, 2022 and that the pretrial dates set forth in the Scheduling Order (Dkt. No. 61) be continued for eight (8) weeks.

Dated: October 4, 2022

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Samuel Z. Hyams
MICHELE FLOYD
SAMUEL Z. HYAMS
Attorneys for Defendant
DROPBOX, INC.

| | |
|---|---|
| Dated: October 4, 2022 | VALERIAN LAW, P.C. |
| | By: */s/ Xinying Valerian*<br>XINYING VALERIAN<br>Attorney for Plaintiff<br>DAVID ANGEL SIFUENTES III |

**ATTESTATION REGARDING SIGNATURES**

Counsel for Dropbox, Inc. hereby attests by signature below that concurrence in the filing of this document was obtained from counsel for David Angel Sifuentes III.

| | |
|---|---|
| DATED:  October 4, 2022 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | By: */s/ Samuel Z. Hyams*<br>MICHELE FLOYD<br>SAMUEL Z. HYAMS<br>Attorneys for Defendant<br>DROPBOX, INC. |

# ORDER

IT IS HEREBY ORDERED upon the stipulation of counsel, and good cause appearing, that this case is stayed until November 30, 2022 and the pretrial dates set forth in the Scheduling Order are continued as follows:

1. The deadline to file amended pleadings and join other parties shall be continued to December 6, 2022;

2. The close of fact discovery shall be continued to March 6, 2023;

3. The deadline for the parties to exchange opening expert reports shall be continued to March 21, 2023;

4. The deadline for the parties to exchange rebuttal expert reports shall be continued to April 5, 2023;

5. The close of expert discovery shall be continued to April 20, 2023;

6. The deadline for the Court to hear argument on dispositive motions shall be continued to June 8, 2023, at 2:00 p.m.;

7. The pretrial conference shall be continued to September 5, 2023, at 3:00 p.m.; and

8. The first day of trial in this matter shall be continued to September 18, 2023, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: 10/5/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court,
Northern District of California